# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORNELIUS POTTS and<br>IRIS POTTS,<br><br>               Plaintiffs,<br><br>               v.<br><br>BANFIELD PET HOSPITAL; MEDICAL MANAGEMENT INTERNATIONAL, INC.; and PETSMART, INC.,<br><br>               Defendants. | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA<br><br>No. 2:19-cv:01059 |

## NOTICE OF APPEAL FROM ARBITRATION AWARD

TO THE PROTHONOTARY:

    Notice is hereby given that Defendants hereby appeal from the Arbitration Award entered in the above captioned case on December 18, 2019.

    A Trial by a Jury of twelve and/or Trial De Novo is demanded.

    I hereby certify that the compensation of the Arbitrators has been paid.

                                          **POST & SCHELL, P.C.**

                                        **BY**: _/s/ Marc H. Perry_

**DATED:** January 13, 2020                     MARC H. PERRY, ESQUIRE
                                                                Attorneys for DEFENDANTS

## CERTIFICATE OF SERVICE

Marc H. Perry, Attorney for Defendants, Banfield Pet Hospital, Medical Management International, Inc., and Petsmart, Inc., certifies that on this 13th day of January, 2020, he caused the attached Notice of Appeal from Arbitration Award to be electronically filed with the Court. Service of same will be made upon all counsel via the Court's ECF system.

**POST & SCHELL, P.C.**

**BY**: _/s/ Marc H. Perry_

**DATED:** January 13, 2020

MARC H. PERRY, ESQUIRE
Attorneys for DEFENDANTS