# EXHIBIT "A"

Case# 2019-02406-0 Docketed at Montgomery County Prothonotary on 02/04/2019 7:52 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY PENNSYLVANIA

CORNELIUS POTTS

vs.

BANFIELD PET HOSPITAL

NO. 2019-02406

## NOTICE TO DEFEND - CIVIL

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

LAWYER REFERENCE SERVICE
MONTGOMERY BAR ASSOCATION
100 West Airy Street (REAR)
NORRISTOWN, PA 19404-0268

(610) 279-9660, EXTENSION 201

PRIF0034
R 10/11

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

CORNELIUS POTTS

vs.

BANFIELD PET HOSPITAL

NO.  2019-02406

## CIVIL COVER SHEET

State Rule 205.5 requires this form be attached to any document <u>commencing an action</u> in the Montgomery County Court of Common Pleas.  The information provided herein is used solely as  an aid in tracking cases in the court system.  This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.

Name of Plaintiff/Appellant's Attorney:     ROBERT F DATNER, Esq., ID: 63086

Self-Represented (Pro Se) Litigant   [ ]

**Class Action Suit**        [ ] Yes    [X] No

**MDJ Appeal**        [ ] Yes    [X] No          <u>Money Damages Requested</u>  [X]

<u>Commencement of Action</u>:          <u>Amount in Controversy</u>:

Complaint          More than $50,000

## Case Type and Code

Tort: _____

Premises Liability _____

**Other:** _____

Case# 2019-02406-0 Docketed at Montgomery County Prothonotary on 02/04/2019 7:52 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case# 2019-02406-0 Docketed at Montgomery County Prothonotary on 02/04/2019 7:52 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

Cornelius Potts and Iris Potts
(Individually and as h/w)
1630 Pine Street
Norristown, Pennsylvania 19401

VS.

Banfield Pet Hospital
18101 SE 6th Way
Vancouver, Washington 98683
and
Medical Management International, Inc.
8000 NE Tilamook
Box 13998
Portland, Oregon 97213-0998
and
Petsmart, Inc.
19601 North 27th Avenue
Phoenix, Arizona 85027

NO.

### NOTICE TO DEFEND-CIVIL

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

LAWYER REFERENCE SERVICE
MONTGOMERY BAR ASSOCIATION
100 West Airy Street (REAR)
NORRISTOWN, PA 19401

(610) 279-9660, EXTENSION 201

Case# 2019-02406-0 Docketed at Montgomery County Prothonotary on 02/04/2019 7:52 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

THE DATNER FIRM
BY: ROBERT F. DATNER, ESQUIRE
SUPREME COURT I.D. NO.: 63086          **ATTORNEY FOR PLAINTIFFS**
340 NORTH LANSDOWNE AVENUE
LANSDOWNE, PA 19050
TELEPHONE (610)394-3000
RobertDatner@Yahoo.com

### IN THE COURT OF COMMON PLEAS
### MONTGOMERY COUNTY, PENNSYLVANIA, CIVIL TRIAL DIVISION

| | |
|---|---|
| Cornelius Potts and Iris Potts (individually and as h/w) 1630 Pine Street Norristown, Pennsylvania 19401 | DOCKET NO.: |
| v. Banfield Pet Hospital 18101 SE 6th Way Vancouver, Washington 98683 | |
| and Medical Management International, Inc. 8000 NE Tilamook Box 13998 Portland, Oregon 97213-0998 | |
| and Petsmart, Inc. 19601 North 27th Avenue Phoenix, Arizona 85027 | CIVIL ACTION-AT LAW |

## COMPLAINT

1.    Plaintiffs, Cornelius Potts and Iris Potts are husband, wife, and residents of the Commonwealth of Pennsylvania, at the above captioned address.

2.    Defendant, Banfield Pet Hospital, with an address as above captioned, is on

Case# 2019-02406-0 Docketed at Montgomery County Prothonotary on 02/04/2019 7:52 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

information and belief, a fictitious name under which defendant, Medical Management International, Inc. does business at 2100 Chemical Road, Plymouth Meeting, Pennsylvania 19462.

3.      Defendant, Medical Management International, Inc., on information and belief, is an Oregon corporation, operating veterinary clinics throughout the United States and doing business as Banfield Pet Hospital with a veterinary clinic location at 2100 Chemical Road, Plymouth Meeting, Pennsylvania 19462.

4.      Defendant, Petsmart, Inc., on information and belief, is an Arizona Corporation, with a business address as above captioned.

5.      At all times material hereto, all of the above named defendants, both jointly and independently, themselves or through their agents, servants, and employees, as owners, lessees and/or sub-lessees, did operate a Veterinary Clinic, Veterinary hospital and retail pet store at 2100 Chemical Road, Plymouth Meeting, Pennsylvania, under the name Banfield Pet Hospital and every such defendant did exercise care, custody and control of that Veterinary Hospital/clinic and were responsible for the supervision and training of all of the employees working at the direction of the defendants.

6. Defendant PetSmart, Inc. operated a retail pet store at the aforementioned 2100 Chemical Road, Plymouth Meeting, Pennsylvania, in which defendants, Banfield Pet Hospital and Medical Management International, Inc. operated a veterinary Hospital/clinic that provided veterinary and grooming services.

7.      As such, every one of these above listed defendants was responsible for the inspection, maintenance and upkeep of the aforesaid premises at 2100 Chemical Road, Plymouth Meeting, Pennsylvania, and for the hiring, training and supervision of employees providing veterinary and Pet grooming services, and for recognizing and correcting potentially harmful or

Case# 2019-02406-0 Docketed at Montgomery County Prothonotary on 02/04/2019 7:52 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

dangerous conditions by reasonable inspection and proper safety practices.

8.      On or about February 4, 2017, the incident date, plaintiffs, Cornelius and Iris Potts, hired the above Defendants individually or jointly for the purpose of having veterinary and grooming services performed on their pet, a 200 pound Bull Mastiff dog.  Specifically the services sought by the plaintiffs and provided by the defendants were rinsing out the dog's ears and clipping the dog's nails.

9.      On the aforementioned date, Veterinary and grooming services were performed by employees, servants and/or agents of the defendants.   Specifically, the services were performed by two female employees of the defendants.

10.     On the aforementioned date, the two employees requested that the plaintiffs assist them in restraining the dog, while they rinsed out the dog's ears and clipped the dog's nails.

11.     Plaintiff, Mr. Potts, attempted to hold the rear portion of his dog while the employees poured liquid in the dog's ears and clipped the dog's nails within an examining room at the defendants' veterinary hospital/clinic.

12.     While the grooming and veterinary services were being performed by the defendants' employees the plaintiffs' dog moved vigorously, thereby causing the liquid solution then being used to clean the dog's ears to spray throughout and about the examining room and causing the glossy tile floor in the room to become wet, slippery and slick.

13.     In addition, the dog was caused to bleed when the employees clipped the dog's nails causing blood   to fall   on the glossy tile floor, already wet from the solution that had been applied to the dog's ears.

14.     While plaintiff, Mr. Potts, attempted to assist in restraining his dog, he was caused to slip and fall backwards on the wet and slippery tile floor, striking his head on the floor, the result

Case# 2019-02406-0 Docketed at Montgomery County Prothonotary on 02/04/2019 7:52 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

of which caused him to suffer serious and permanent personal injuries and damages.

15.   As a consequence of this incident, plaintiff, Cornelius Potts sustained injuries including but not limited to injuries to the spine and neck, fractured spine requiring spinal fusion surgery, weakness, pain and other injuries to the bones, muscles, tissues, blood, nerves and other body parts of the head, trunk, torso, neck, extremities and nervous system, the full extent and nature of which is to be determined.

16.   As a further result of the negligence of the defendants, plaintiff, Cornelius Potts sustained damages including but not limited to:

    a.   Pain and suffering, past, present and future;

    b.   Past and future medical expenses;

    c.   Extreme distress, emotional upset, embarrassment and humiliation, past, present and future;

    d.   Disability, past, present and future;

    e.   Disfigurement, loss of life's pleasures and other intangible losses compensable under the Laws of the Commonwealth of Pennsylvania past, present and future.

**Count I**
**Cornelius Potts v. Banfield Pet Hospital**
**Negligence**

17.   The averments of all other paragraphs of this complaint are repeated herein by reference, as though set forth here in full.

18.   The accident, fall, injury, and damages described above resulted from the negligence of this defendant and it employees, agents and representatives by acts or omissions, including but not limited to:

Case# 2019-02406-0 Docketed at Montgomery County Prothonotary on 02/04/2019 7:52 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

a.   failure to properly secure plaintiffs dog so as to avoid a serious risk of injury to plaintiff;

b.   failure to inspect the floor within the examining room to see an obviously dangerous condition;

c.   failure to use floor mats, carpets or any other device to make sure that a slippery hazardous floor would not be created during the performance of veterinary and grooming services that involved liquids, that caused a hazard to those individuals standing on the floor, such as plaintiff;

d.   failure to take reasonable steps to identify and protect against dangerous conditions which the customers of the defendants could not reasonably be expected to observe, foresee, avoid or protect against;

e.   failure to use the best practices when cleaning/rinsing the ears and clipping the nails of a large dog;

f.   failure to provide adequate safeguards for the plaintiff;

g.   failure to choose a different surface for the floor other than a tile floor;

h.   failure to use reasonable care to hire and retain individuals for the purpose of inspecting and cleaning work areas, such as the examining room described herein,

i.   failure to post signs, barricades or other warnings of the dangers;

j.   failure to exercise reasonable care under the circumstances.

k.   Failure to exercise reasonable care to protect its business invitees;

l.   Improperly requesting the assistance of the plaintiffs in performing veterinary and grooming services when defendants knew or should have

Case# 2019-02406-0 Docketed at Montgomery County Prothonotary on 02/04/2019 7:52 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

known that to do so created a serious risk of injury to plaintiffs;

m.    Failure to utilize proper veterinary and dog grooming methods and procedures at defendant's clinic;

n.    failure to perform veterinary and grooming services with a sufficient number of employees so as to avoid a serious risk of harm to plaintiffs;

o.    Allowing the floor to remain slippery and wet during the performance of veterinary and grooming services so as to create a slip hazard;

p.    Inadequate staffing during the performance of veterinary and grooming services;

q.    Failure to post warnings, barricades or other cautionary measures to protect business invitees;

r.    violating the provisions of Federal, State, and local ordinances, laws and regulations governing the operation of a veterinary and pet grooming facility;

s.    Violating the provisions of applicable industry, trade, safety and other practice standards;

t.    Failure to reasonably inspect and repair the dangers and defects at the property under this defendant's custody and control;

u.    Failure to use reasonable care in hiring, assigning, monitoring, and overseeing such company or individual employees or independent contractors who were engaged in any activity that caused or contributed to the injury of the plaintiff.

v.    Failure to use reasonable care in training such company or individual

Case# 2019-02406-0 Docketed at Montgomery County Prothonotary on 02/04/2019 7:52 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

employees or independent contractors who were engaged in any activity that caused or contributed to the injury of the plaintiff.

w.  Failure to use reasonable care in practicing veterinary medicine and dog grooming.

WHEREFORE, plaintiff prays for damages against this defendant in an amount exceeding the jurisdictional arbitration limits, plus the imposition of delay damages, interest, court costs, and other costs allowed by law.

## Count II
## Cornelius Potts v. Medical Management International, Inc. Corporation
### Negligence

19.  The averments of all other paragraphs of this complaint are repeated herein by reference, as though set forth here in full.

20.  The accident, fall, injury, and damages described above resulted from the negligence of this defendant and it employees, agents and representatives by acts or omissions, including but not limited to:

a.  failure to properly secure plaintiffs dog so as to avoid a serious risk of injury to plaintiff;

b.  failure to inspect the floor within the examining room to see an obviously dangerous condition;

c.  failure to use floor mats, carpets or any other device to make sure that a slippery hazardous floor would not be created during the performance of veterinary and grooming services that involved liquids, that caused a hazard to those individuals standing on the floor, such as plaintiff;

Case# 2019-02406-0 Docketed at Montgomery County Prothonotary on 02/04/2019 7:52 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

d.      failure to take reasonable steps to identify and protect against dangerous conditions which the customers of the defendants could not reasonably be expected to observe, foresee, avoid or protect against;

e.      failure to use the best practices when cleaning/rinsing the ears and clipping the nails of a large dog;

f.      failure to provide adequate safeguards for the plaintiff;

g.      failure to choose a different surface for the floor other than a tile floor;

h.      failure to use reasonable care to hire and retain individuals for the purpose of inspecting and cleaning work areas, such as the examining room described herein,

i.      failure to post signs, barricades or other warnings of the dangers;

j.      failure to exercise reasonable care under the circumstances.

k.      Failure to exercise reasonable care to protect its business invitees;

l.      Improperly requesting the assistance of the plaintiffs in performing veterinary and grooming services when defendants knew or should have known that to do so created a serious risk of injury to plaintiffs;

m.      Failure to utilize proper veterinary and dog grooming methods and procedures at defendant's clinic;

n.      failure to perform veterinary and grooming services with a sufficient number of employees so as to avoid a serious risk of harm to plaintiffs;

o.      Allowing the floor to remain slippery and wet during the performance of veterinary and grooming services so as to create a slip hazard;

p.      Inadequate staffing during the performance of veterinary and grooming

Case# 2019-02406-0 Docketed at Montgomery County Prothonotary on 02/04/2019 7:52 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

services;

q.    Failure to post warnings, barricades or other cautionary measures to protect business invitees;

r.    violating the provisions of Federal, State, and local ordinances, laws and regulations governing the operation of a veterinary and pet grooming facility;

s.    Violating the provisions of applicable industry, trade, safety and other practice standards;

t.    Failure to reasonably inspect and repair the dangers and defects at the property under this defendant's custody and control;

u.    Failure to use reasonable care in hiring, assigning, monitoring, and overseeing such company or individual employees or independent contractors who were engaged in any activity that caused or contributed to the injury of the plaintiff.

v.    Failure to use reasonable care in training such company or individual employees or independent contractors who were engaged in any activity that caused or contributed to the injury of the plaintiff.

w.    Failure to use reasonable care in practicing veterinary medicine and dog grooming.

WHEREFORE, plaintiff prays for damages against this defendant in an amount exceeding the jurisdictional arbitration limits, plus the imposition of delay damages, interest, court costs, and other costs allowed by law.

Case# 2019-02406-0 Docketed at Montgomery County Prothonotary on 02/04/2019 7:52 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**Count III**
**Cornelius Potts v. Petsmart, Inc.**
**Negligence**

21.    The averments of all other paragraphs of this complaint are repeated herein by reference, as though set forth here in full.

22.    The accident, fall, injury, and damages described above resulted from the negligence of this defendant and it employees, agents and representatives by acts or omissions, including but not limited to:

a.   failure to properly secure plaintiffs dog so as to avoid a serious risk of injury to plaintiff;

b.    failure to inspect the floor within the examining room to see an obviously dangerous condition;

c.    failure to use floor mats, carpets or any other device to make sure that a slippery hazardous floor would not be created during the performance of veterinary and grooming services that involved liquids, that caused a hazard to those individuals standing on the floor, such as plaintiff;

d.    failure to take reasonable steps to identify and protect against dangerous conditions which the customers of the defendants could not reasonably be expected to observe, foresee, avoid or protect against;

e.     failure to use the best practices when cleaning/rinsing the ears and clipping the nails of a large dog;

f.    failure to provide adequate safeguards for the plaintiff;

g.    failure to choose a different surface for the floor other than a tile floor;

h.    failure to use reasonable care to hire and retain individuals for the purpose of inspecting and cleaning work areas, such as the examining room

Case# 2019-02406-0 Docketed at Montgomery County Prothonotary on 02/04/2019 7:52 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

described herein,

i.     failure to post signs, barricades or other warnings of the dangers;

j.     failure to exercise reasonable care under the circumstances.

k.     Failure to exercise reasonable care to protect its business invitees;

l.     Improperly requesting the assistance of the plaintiffs in performing veterinary and grooming services when defendants knew or should have known that to do so created a serious risk of injury to plaintiffs;

m.     Failure to utilize proper veterinary and dog grooming methods and procedures at defendant's clinic;

n.     failure to perform veterinary and grooming services with a sufficient number of employees so as to avoid a serious risk of harm to plaintiffs;

o.     Allowing the floor to remain slippery and wet during the performance of veterinary and grooming services so as to create a slip hazard;

p.     Inadequate staffing during the performance of veterinary and grooming services;

q.     Failure to post warnings, barricades or other cautionary measures to protect business invitees;

r.     violating the provisions of Federal, State, and local ordinances, laws and regulations governing the operation of a veterinary and pet grooming facility;

s.     Violating the provisions of applicable industry, trade, safety and other practice standards;

t.     Failure to reasonably inspect and repair the dangers and defects at the

Case# 2019-02406-0 Docketed at Montgomery County Prothonotary on 02/04/2019 7:52 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

property under this defendant's custody and control;

u.   Failure to use reasonable care in hiring, assigning, monitoring, and overseeing such company or individual employees or independent contractors who were engaged in any activity that caused or contributed to the injury of the plaintiff.

v.   Failure to use reasonable care in training such company or individual employees or independent contractors who were engaged in any activity that caused or contributed to the injury of the plaintiff.

w.   Failure to use reasonable care in practicing veterinary medicine and dog grooming.


WHEREFORE, plaintiff prays for damages against this defendant in an amount exceeding the jurisdictional arbitration limits, plus the imposition of delay damages, interest, court costs, and other costs allowed by law.

## COUNT IV
### Iris Potts v. Defendants
### Consortium

23.   The averments of all other paragraphs of this complaint are repeated herein by reference, as though set forth here in full.

24.   Since the injury and damages sustained by the plaintiff, resulted from the negligence of these defendants, as set forth in the foregoing counts, plaintiff's spouse, is entitled to recover from the these defendants for consortium injuries that the spouse has suffered as a consequence of harm to the injured plaintiff.

25.   As a result of the negligence of these defendants, plaintiff's spouse has been

Case# 2019-02406-0 Docketed at Montgomery County Prothonotary on 02/04/2019 7:52 PM, Fee = $290.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

deprived of the enjoyment, support, society, companionship, and consortium of the injured spouse and believes and, therefore, avers that such deprivation will continue into the future.

26.     As a result of the negligence of these defendants, plaintiff's spouse has been compelled in the past and will be compelled in the future, to expend substantial sums of money for medical care, medicines, and other expenses for the injured spouse directly related to, resulting from or caused by the negligence of this defendant.

WHEREFORE, Plaintiff's spouse prays for damages against these defendants in an amount exceeding the jurisdictional arbitration limits plus the imposition of delay damages, interest, court costs, and other costs allowed by law.

BY:     _____
        ROBERT F. DATNER, ESQUIRE
        ATTORNEY FOR PLAINTIFFS,
        CORNELIUS POTTS AND IRIS POTTS
        (INDIVIDUALLY and as H/W)

**COMMONWEALTH OF PENNSYLVANIA**     :

                                     : **ss**

**COUNTYOF MONTGOMERY**              :

# V E R I F I C A T I O N

Corneilous Potts, hereby states that he is the plaintiff in this action, and that he verifies that the statements made in the foregoing Complaint are true and correct to the best of his knowledge, information, and belief.   The undersigned understands that the statements therein are made subject to penalties of 18 Pa. C.S. §4904 relating to unsworn falsification to authorities.

_CORNEILOUS POTTS_

_February 3, 2019_
DATE

# EXHIBIT "B"



# Banfield
## PET HOSPITAL

## Public Incident Report
### Fax to 503-922-8808    360-784-6350

Use this form to report accidents and injuries to customers or clients in the hospital. Please print legibly.
*For injuries to associates, use Nurse Assistance Line under Workers Comp.*

Hospital #: 00.0562            Incident Date: February 4, 2017   Time: 10:00-11:16am

Hospital Address: 2100 Chemical Rd      City: Plymouth Meeting  State: PA  Zip: 19462

Hospital Phone Number: 610-828-2430        Team Leader: Kimberly Ahonkhai

Associate to contact regarding this incident: Paola Carrillo Cardenas/Kimberly Ahonkhai

Incident Witness Name: Paola Carrillo Cardenas          Title Veterinary Assistant

Injured Party Name: Corneilous Potts (as shown on letter from Attorney)

Injured Party Address: 1630 Pine St        City: Norristown  State: PA  Zip: 19401

Home Phone: (267) 528-4989  Business: _____  Cell: _____

Describe Injury/Incident: Paola remembers the owner holding his 197 lb dog; the owner was
in a "squatting position." The dog started jumping up and down and the owner lost his
balance and fell backwards again the exam room door. The associate asked the
owner if he was alright and he replied yes. The doctor was not in the room at the time.
_____

Body Part Injured: _____  Left ☐  Right ☐  Both ☐

Type: Bruise ☐  Laceration/Scratch ☐  Bite ☐  Strain/Sprain ☐  Break ☐  Other ☐

If Other, please describe: _____  First Aid Provided: Y ☐  N ☐

Additional treatment sought/recommended: Y ☐   N ☐
If a Pet caused injury/incident, please complete the following:

Pet Name: Odin           Pet Type: Dog  Breed: Mastiff           Age: 5yr,9mo

Gender: M ☑  F ☐  Spayed/Neutered: Y ☑ N ☐   Vaccinations Current: Y ☐ N ☑

Pet Owner Name (if other than injured party) _____

Pet Owner Address _____

Home Phone _____  Business _____  Cell _____

_Signature of Associate Reporting Incident_    Veterinary Assistant    May 12, 2017
                                               Title                   Date

_____          _____
Signature of Injured Party                        Date

4/29/2011

**New Case Transmittal**

| | |
|---|---|
| To: | Marc Perry |
| From: | Escence Durkin |
| Subject: | New Referral – Cornelius Potts v. Medical Management International Inc. |
| Claim Number: | 15-00979061 |
| Insured: | Medical Management International Inc. |
| Plaintiff: | Cornelius Potts |
| Date of Loss: | 2/4/17 |
| Notice Date: | 5/15/17 |
| Referral Date: | 11/20/18 |
| Feature Number: | 1 |

**Underlying Coverage:**
Policy Number - LH2-A938315
Underwriting Company – Hanover Insurance Company
Agent – Arthur J. Gallagher (0901489)
Date of Loss – 2/4/17
Policy Period – 6/1/16 – 6/1/17
Loss Location – 2100 Chemical Road, Plymouth Meeting, PA
Underlying Policy Limits - $1,000,000
Med Pay: $10,000

**Umbrella Coverage:**
There is an umbrella policy with Hanover (policy number UH2-A938316) that has a $5 million limit

**Coverage Analysis:**
This matter is pre-suit.

**Facts of Loss:**
The plaintiff alleges that after being in the waiting room, the plaintiff and dog were called into the examining room. In the room was the plaintiff, Iris Reed (SO), Otis (the dog), The Dr. and a vet assistant. First they were to examine the dog's ears and flush with a solution. While attempting to flush the dogs ears with the solution the dog was shaking his head and solution was going onto table and floor, they flushed the ears multiple times and the plaintiff alleges a lot of solution went onto the floor.

After the ear flush, the Dr. left the room and assistant was to cut the dogs nails. The plaintiff was squatting down holding his dog from behind and vet assistant was cutting nails. The dog jumped/moved and the plaintiff slipped on the wet floor and fell backwards striking his back and head on the floor.

Insured states the plaintiff was in exam room with his 197 lb. mastiff (dog). He was in squatting position holding dog, when dog began to jump. The plaintiff while attempting to control his dog, fell backwards and struck a wooden door.

**Liability Analysis:**
TBD but appears questionable at this time.

**Damages:**

Plaintiff's counsel states that his client did not experience immediate pain. The plaintiff left the vet's office and when he got home he started to feel pain in his back. He continued to work and did not treat until approximately 3 weeks after the incident when plaintiff's counsel stated the plaintiff was in so much pain he could barely walk. The plaintiff went to the ER and after an MRI and X-rays of his back he was immediately transported to the OR where they performed an emergency spinal fusion. He was 6 days in ICU and 7 days inpatient. He is still treating with rehab/physical therapy.

**Instructions to Counsel:**
This matter is pre-suit. Please interview the doctor and any associates that were involved or around during the time of the incident.

The Insured contact is:
Donna Josey
Sr. Lead – Workers' Compensation and Insurance Unit
Veterinary Health Group
Central Team Support
18101 SE 6th Way, Vancouver, WA  98683
p 360-784-5256  |  f 360-784-6256
donna.josey@banfield.com

# EXHIBIT "C"

**Page 1**

```
 1          UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT
 2                 OF PENNSYLVANIA
 3                    - - -
 4   CORNELIUS POTTS and      :
     IRIS POTTS               :
 5                            :
                              :
 6        vs.                 : CIVIL ACTION
                              :
 7                            :
                              :
     BANFIELD PET HOSPITAL,   :        :
 8   MEDICAL MANAGEMENT        :
     INTERNATIONAL, INC., and :
 9   PETSMART, INC.           : NO. 2:19cv-01059
10            October 8, 2019
11                    - - -
12        Video deposition of Cornelius Potts,
13   taken pursuant to notice, was held at the Law
14   Offices of Post & Schell, P.C., Four Penn Center,
15   13th Floor, 1600 JFK Boulevard, Philadelphia,
16   Pennsylvania 19103, beginning at 10:40 a.m. before
17   Jay Pensak, Registered Professional Reporter.
18
19
20
21          ESQUIRE DEPOSITION SERVICES
              1835 Market Street, Suite 555
22          Philadelphia, Pennsylvania 19103
                  (215) 988-9191
23
24
```

**Page 2**

```
 1   APPEARANCES:
 2        POST & SCHELL, P.C.
          BY: MARC H. PERRY, ESQUIRE
 3        FOUR PENN CENTER
          1600 JOHN F. KENNEDY BLVD.
 4        PHILADELPHIA, PA 19103
          COUNSEL FOR DEFENDANTS
 5
 6
          THE DATNER FIRM
 7        BY: ROBERT F. DATNER, ESQUIRE
          340 N. LANSDOWNE AVENUE
 8        LANSDOWNE, PA 19050
          COUNSEL FOR PLAINTIFFS
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

**Page 3**

```
 1                    INDEX
 2   WITNESSES
 3   Cornelius Potts          5
 4   By Mr. Perry             5
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

**Page 4**

```
 1
 2        It is hereby stipulated by and
 3   between counsel that filing, sealing,
 4   signing and certification are waived, and
 5   that all objections, except as to the form
 6   of the question, are reserved until the
 7   time of trial.
 8
 9        CORNELIUS POTTS, having been duly
10   sworn, testified as follows:
11
12        THE VIDEOGRAPHER:  This is the
13   videotape deposition of Cornelius Potts
14   taken in the case of Cornelius Potts
15   versus Banfield Pet Hospital, et al filed
16   in the U.S. District Court of
17   Pennsylvania, Case Number 2:-19-cv-01059.
18        The deposition is being held in
19   1600 JFK Boulevard on October 8th, 20019,
20   the time is 10:41 a.m.
21        My name is Scott Roland, the video
22   operator.
23        The court reporter is Jay Pensak.
24        Counsel will now introduce
```



Page 5

1  themselves.
2         MR. PERRY:  Marc Perry for Banfield
3  Hospital, et al.
4         MR. DATNER:  Robert Datner on
5  behalf of the plaintiffs, Cornelius and
6  Iris Potts.
7         THE VIDEOGRAPHER:  The court
8  reporter will now swear in the witness.
9
10         CORNELIUS POTTS, having been duly
11  sworn, testified as follows:
12
13  BY MR. PERRY:
14  Q     Mr. Potts, good morning.
15  A     Good morning.
16  Q     My name is Marc Perry and I'm going to be
17  asking you some questions about your fall that
18  occurred on February 4th, 2017.  Okay?
19  A     Okay.
20  Q     Before we get started, I'm going to give
21  you a set of instructions for us to follow.
22         Number one is we have a court
23  reporter here who is taking down everything you say
24  and everything I say, so it's important that you

Page 6

1  speak verbally.  So a yes, no or in paragraph form.
2         Is that understood?
3  A     Yes.
4  Q     We do that because it's really hard for a
5  court reporter to pick up a nod of the head or a
6  shrug of the shoulders or something like that.
7         Is that understood?
8  A     Yes.
9  Q     And what you say and what I say is going
10  to be used in a booklet and could be used at trial
11  at any time, so it's important that your answers are
12  truthfully made and that they're accurate.
13         Is that understood?
14  A     Yes.
15  Q     At any time during the course of the
16  deposition if you want to take a break, you're
17  welcome to do that.  I don't think we're going to be
18  particularly long, but if you want to speak to your
19  attorney, you're welcome to do that as well.
20         Is that understood?
21  A     Yes.
22  Q     During the course of the deposition you
23  may anticipate an answer to my question before I
24  even finish.  If you do that, please wait for my

Page 7

1  question to be fully finished so that we can have an
2  accurate and clear record.
3         Is that understood?
4  A     Yes.
5  Q     Are you currently on any type of
6  medication, prescription drug, that may affect your
7  ability to testify truthfully and accurately here
8  today?
9  A     No.
10  Q     Can you give us your date of birth?
11  A     10-29-56, October.
12  Q     And where do you currently live?
13  A     1630 Pine Street, Norristown, PA 19401.
14  Q     And how long have you lived there?
15  A     Approximately eight, going on nine years.
16  Q     And do you live there with anyone?
17  A     Yes.
18  Q     And who do you live there with?
19  A     Iris.
20  Q     And Iris is your wife?
21  A     Yes.  She's my partner.
22  Q     And when you say partner, are you legally
23  married?
24  A     No.

Page 8

1  Q     How long have you been partners with Iris?
2  A     Going on eleven years.
3  Q     And do you have any children?
4  A     Yes.
5  Q     How many children do you have?
6  A     I have two.
7  Q     And how old are they?
8  A     My daughter is thirty-nine and my son is
9  thirty-seven.
10  Q     And were either of them living you with
11  you at the time of this incident?
12  A     No.
13  Q     Do you live in a house or an apartment?
14  A     House.
15  Q     Is it two-story or one-story?
16  A     Two-story.
17  Q     Did your injuries as a result of this
18  incident affect your ability to walk around the
19  house or to get up and down the stairs or anything?
20  A     Yes.
21  Q     Did you have to modify anything in the
22  house because of that?
23  A     No.
24  Q     And we'll get more in depth into that but



Page 9

1  I at least just wanted to touch base where you're
2  living.
3         Can you give us your Social
4  Security Number?
5         (Social Security Number was given
6  off the record)
7         THE VIDEOGRAPHER:  We're going off
8  the record.  The time is 10:45.
9         We are now on the record, the time
10  is 10:45.
11  BY MR. PERRY:
12  Q      Sir, at the time of this incident in
13  February of 2017, were you employed?
14  A      Yes.
15  Q      And where were you employed?
16  A      Arcelor Mittal Steel Plant.  A-R-C-E-L-O-R
17  M-I-T-T-A-L.
18  Q      And what were your duties and
19  responsibilities at Arcelor?
20  A      At that time I worked several positions in
21  there, several jobs in there.  But at that time I
22  was in the heat treat furnace department.  Heat
23  treat.
24  Q      And what is a heat treat furnace

Page 10

1  department?
2  A      My responsibilities were to service the
3  mill as they will call for slabs or ingots of steel.
4  We would heat treat and send out the correct slabs.
5  They were all ID'd.  We would send out the correct
6  slab to the mill when they will call for it.
7  Q      Is this a job where you're standing up
8  most of the time?
9  A      I would say at least fifty percent of the
10  time standing.
11  Q      And as a result of this incident, did you
12  stop working at Arcelor?
13  A      Yes.
14  Q      Have you worked since?
15  A      No.
16  Q      So since February 4, 2017 you have not
17  been back to work; is that correct?
18  A      Correct.
19  Q      Are you still employed by Arcelor?
20  A      No.
21  Q      Were you let got or fired by Arcelor?
22  A      Retired.
23  Q      When did you retire?
24  A      November the 1st of last year.

Page 11

1  Q      So November the 1st of 2018?
2  A      Yes.
3  Q      What are some of the benefits of your
4  retirement in terms of -- Let's just start with, do
5  you have a pension?
6  A      Yes.
7  Q      And does that pension entail paying you a
8  salary every month?
9  A      Yes.
10  Q      Is it similar to the salary -- Tell me the
11  difference, if there is a difference, between the
12  salary you would have been getting if you stayed
13  employed as opposed to retiring, how much per month?
14  A      I left two years prior to retirement.
15  Q      Actually that's what I'm getting at.  You
16  left two years early?
17  A      Yes.
18  Q      So if it wasn't for this injury you would
19  have retired two years later in 2019?
20  A      I was forced to retire because of my
21  incident.  I tried to go back to work twice.
22  Q      Okay.
23  A      And I was deemed as a fall risk because of
24  my incident and physically what was going on at the

Page 12

1  time, I was walking with the cane and my walking was
2  compromised.  I did see the practitioner on the job
3  twice, which they deemed that I was a fall risk.  So
4  I was not allowed to come back to work.
5  Q      If it wasn't for this incident in February
6  of 2017 where you fell at the pet hospital, would
7  you have continued to work at Arcelor?
8  A      Absolutely.
9  Q      Okay.  Was it your intention on retiring,
10  and not in 2017 but if this incident did not occur,
11  would you have retired in 2019?
12  A      No.
13  Q      When were you looking forward to
14  retirement?
15  A      Contemplated it at age sixty-five.  I
16  would have contemplated it.
17  Q      And is there any policy at Arcelor that
18  you have to retire at sixty-five?
19  A      We have or they have, along with retiring
20  at your retirement date, they also have what they
21  call Rule 85 which allows you to retire early with
22  the addition of your years of service, which I had
23  twenty-four years of service, and your age.  If it
24  calculates up to eighty-five, then you're allowed to



Page 13

1 retire at that point.
2 Q    I'll come back to this in a little bit.
3        Let's go over your education for a
4 second.
5        You graduated from high school?
6 A    Yes.
7 Q    What year was that?
8 A    '74.
9 Q    And did you pursue any college?
10 A    No.  Right into the work force.
11 Q    How long had you been working for Arcelor
12 in 2017 before this incident occurred?
13 A    Probably twenty-three years, twenty-two,
14 twenty-three years.
15 Q    And what were some of the job
16 responsibilities that you had at Arcelor?
17 A    I started as what they call a burner where
18 we would burn the parent slabs to the specific
19 dimensions of what they wanted to put into the mill
20 for customers.
21        After that I went to Q and T, which
22 is quintus (sic) and heat treating department where
23 we would test the hardness, after the heating of it
24 we would test the hardness of the plate for the

Page 14

1 customers from that department.  And I was a
2 supervisor in that department as well, became a
3 supervisor.
4        After that I went to the heat
5 treating furnace department which fed the mill and
6 the mill would roll the slabs out into the specific
7 sizes that the customer would want.
8 Q    And that was your final work
9 responsibility before this incident happened?
10 A    Correct.
11 Q    How long had you been working in the heat
12 treat department before this accident?
13 A    I want to say eight to ten years.
14 Q    And what was your rate of pay at the time
15 that you stopped working in February of 2017?
16 A    I believe it was twenty-six and some
17 change an hour, twenty-six thirty-five or something
18 like that.  And that's without the overtime or the
19 bonuses.
20 Q    How often would you work overtime?
21 A    It would be available at least, I want to
22 say at least two or three times during the week, if
23 not more.
24 Q    On average, how many hours per week would

Page 15

1 you work?
2 A    I'll say sixty.
3        MR. DATNER:  If you want to make a
4    request for tax returns, I'll get them to
5    you.
6        MR. PERRY:  Yeah, that would be
7    great.
8 BY MR. PERRY:
9 Q    So on average about sixty hours a week?
10 A    Yeah.
11 Q    And how long had you been doing that for,
12 how many years?
13 A    I would say at least nineteen years I
14 would say.
15 Q    Did you ever stop working because of a
16 Workers Compensation claim?
17 A    No.
18 Q    Any type of injury on the job?
19 A    No.
20 Q    Have you been involved in any prior
21 lawsuits for personal injury?
22 A    No.
23 Q    Were you diagnosed at all with a diabetic
24 neuropathy before this incident?

Page 16

1 A    Yes.
2 Q    When were you diagnosed with that?
3 A    I want to say maybe seven years prior to
4 the incident.  Maybe shorter.  I'm not quite sure.
5 Q    And tell me how this diabetic neuropathy
6 would manifest itself in your body.  Like for
7 example, did you have tingling in your legs, any
8 type of pain in your legs?  Can you describe it for
9 knee?
10 A    Tingling.  Numbness.
11 Q    Did it go all the way down to your feet?
12 A    In my toes and in my fingers.  Not
13 necessarily in my legs.
14 Q    And was it always present?
15 A    No.
16 Q    Were you on any type of medication for the
17 neuropathy?
18 A    Yes.
19 Q    What were you on?
20 A    I just took it this morning.  It's right
21 on the tip of my tongue.  I can't think of it.
22 Q    Lyrica?
23 A    Yes.  Glipizide and Toujeo.  Insulin.
24 Q    The insulin; right?



Page 17

1  A      Yes.

2  Q      Was your neuropathy medically controlled
3  at the time of this incident in February 2017?

4  A      Yes.

5  Q      Had you had any prior falls prior to
6  February of 2017?

7  A      No.

8  Q      How about incidents where you may have
9  stumbled or anything like that because of your
10  tingling and numbness?

11  A      I don't recall falling prior to this.  Now
12  I do have gout and sometimes when I would have the
13  gout attack, of course that attacks, it would attack
14  my joints sometimes in my feet, on an ankle mostly
15  or the big toe.  But that was more pain than
16  immobility or anything like that.

17  Q      When were you diagnosed with gout, if you
18  recall?

19  A      I'm not sure.  I don't recall.  Probably
20  that same time frame of seven years or so.

21  Q      Seven years before the incident?

22  A      Yeah.

23  Q      Who was your family physician at the time
24  of this incident?

Page 18

1  A      Doctor Andrew Graf, G-R-A-F.

2  Q      And where is Doctor Graf located?

3  A      In Norristown.

4  Q      Was he also following you for the
5  diabetes?

6  A      Yes.  He knew of it.

7  Q      Would you have a doctor following you for
8  the diabetes?

9  A      Yes.

10  Q      Who was that?

11  A      Doctor Lisa Hamaker, H-A-M-A-K-E-R.

12  Q      And where is Doctor Hamaker located?

13  A      King of Prussia.

14  Q      Prior to this incident, have you been
15  treated for any type of neck pain?

16  A      No.

17  Q      How about prior to this incident, have you
18  been treated for any type of back pain?

19  A      No.

20  Q      Prior to this incident have you been
21  treated by any physician about neck or back pain?

22  A      No.

23  Q      Tell me a little bit about your dog that
24  was involved in this whole thing.  You don't have to

Page 19

1  tell me about the incident yet, I just want to know
2  about the dog.

3  A      Okay.  Well, his name is Odin.  We rescued
4  him, I guess six years, six or seven years ago,
5  maybe longer, and he's a BullMastiff.

6  Q      So a big dog?

7  A      Yes.

8  Q      Tell me how large?

9  A      He's about two hundred plus pounds now.

10  Q      How big was he in February of 2017?

11  A      He was close to two but he probably was
12  around one eighty, one ninety.

13  Q      Were you able to pick him up?

14  A      Not if I could help it.  But I mean, you
15  know, not without some help.

16  Q      And where would you usually take him to
17  get groomed?

18  A      To -- What was the name of it?

19  Q      Did you go to Petsmart?

20  A      Yes.

21  Q      And which Petsmart would you go to
22  usually?

23  A      Usually we would go to the one at
24  Plymouth.

Page 20

1  Q      Plymouth Meeting?

2  A      Yes.

3  Q      How often -- Let me just back up.

4          In 2017, you had had your dog,
5  what's his name, Odin?

6  A      Odin.

7  Q      For a number of years; correct?

8  A      Yes.

9  Q      And how often prior to 2017 would you take
10  Odin to the Petsmart to be groomed?

11  A      Not a lot because he was so big.  Every
12  once a month or every once in awhile.

13  Q      About once a month on average?

14  A      Maybe.  Maybe.

15  Q      And prior to this incident, I'm not
16  talking about this incident, prior to this incident
17  when you took him to the Plymouth Meeting Petsmart,
18  what types of things would you have done for Odin
19  there usually?

20  A      They would just give him a shampoo.  At
21  times they will try to attempt to do his toes but
22  because he was so large and, of course, he wouldn't
23  allow it, you know, they were discouraged behind
24  that so they wouldn't necessarily do that because of



Page 21

1  the struggles with him.
2  Q      Right.
3  A      So we wouldn't have that done.
4  Q      And when you would take him for a bath at
5  Petsmart, would you assist the people at Petsmart?
6  A      No.
7  Q      So they would do it themselves?
8  A      Yes.
9  Q      And how about when they tried to work on
10 his toes, they would do that themselves?
11 A      Yes.
12 Q      Would you ever assist with anything?
13 A      No.
14 Q      Tell me what happened in February of 2017.
15 Tell me what took place.
16 A      We took him to the vet, which was in the
17 same store, same place as the Petsmart for him to
18 get his feet done, clipped, and for his ears to be
19 checked because he had a lot of irritation in his
20 ears at the time, shaking his head a lot. So that's
21 originally why we took him to Petsmart and for just
22 overall examination.
23 Q      And had you been to the vet at Banfield
24 Hospital before?

Page 22

1  A      No.
2  Q      The first time you had gone to this vet?
3  A      Yes.
4  Q      What other vet did you use for Odin?
5  A      I forget. I forget. We used him for
6  another vet but I forget where he's located at. I
7  want to say Plymouth Meeting but I'm not even sure.
8  Q      So tell me what happened when you were at
9  the hospital, at the vet?
10 A      Well, we took him to the vet, me and Iris,
11 and when he went in and the doctors came out to
12 examine him, like I said, I think we had two
13 different procedures done at that time along with
14 the overall total examination. And the two that we
15 had done, one was his feet and then of course the
16 primary one was his ears because again he was very
17 irritated in his ears.
18 Q      So tell me, when you say they were doing
19 these procedures on him, where were you and where --
20 A      We were all in the same room, me, Iris,
21 the doctor prior to her bringing out an assistant
22 before the incident actually happened, and she was,
23 you know, doing his feet and checking him overall
24 and she hadn't had done his ears yet if I can

Page 23

1  recollect. But at the time she was doing his
2  toenails, clipping his toenails, I think he started
3  bleeding at the time.
4  Q      Okay. So just to get the picture correct,
5  you're in the same room with the doctor, the vet; is
6  that correct?
7  A      Yes.
8  Q      Iris is in the room with you; correct?
9  A      Yes.
10 Q      And Odin, your dog, is in there with you;
11 correct?
12 A      Yes.
13 Q      Is Odin on a table? Is he on the floor?
14 A      On the floor.
15 Q      Okay. I would assume he's too big to put
16 on the table?
17 A      Correct.
18 Q      He's on the floor. And where are you?
19 Are you sitting next to him? Are you standing.
20 What are you doing?
21 A      When we first got in there, I was sitting
22 and Iris was standing and then just before she went
23 to do his ears, the doctor -- Iris was sitting, so
24 the doctor wanted Iris to hold his head. She wanted

Page 24

1  me to be on his body, hold his middle, and at the
2  time before that, prior to all that instructed, she
3  called out the assistant to help assist and hold his
4  backside or his middle side as well so she could
5  check his ears.
6  Q      Now had his ears ever been checked at a
7  vet before?
8  A      Yes.
9  Q      And was the procedure of trying to hold
10 him down the same procedure that was done at other
11 vets?
12 A      No.
13 Q      How was it different, tell me?
14 A      The doctor would pretty much do it himself
15 or as much as he could.
16 Q      Did you ever assist with holding down Odin
17 with other vets?
18 A      No.
19 Q      So this was your first time doing it?
20 A      Yes.
21 Q      All right. So explain to me what happens?
22 A      I think as she was trying to check his
23 ears, he started bucking, of course, and not
24 allowing that. And like I said, prior to them



CORNELIUS POTTS
POTTS vs BANFIELD PET HOSPITAL

October 08, 2019
25–28

Page 25

1   checking his ears, the floor was already with his
2   slobber and the bleeding from his toenails and the
3   sulphur that they put on the dog's feet when they do
4   bleed was already on the floor. And the floor was,
5   I think it was a symmetric tile like you would see
6   in a bathroom or restaurant but more bulky, thicker.
7           So at the time, like I said, I was
8   instructed to hold his middle or straddle him so she
9   could kind of get in his ear and he started bucking
10  and the next thing I know I lost my balance and I
11  was falling. And the assistant that was out there
12  also fell on the floor.
13  Q       Okay. So let's back up.
14          As the vet is trying to look into
15  his ears, you're holding the middle back of Odin; is
16  that correct?
17  A       Yes.
18  Q       And the assistant is behind you?
19  A       She's kind of like on the side of me, yes.
20  Q       And then Odin is on the ground; is that
21  correct?
22  A       Yes.
23  Q       And you're bending over holding him, or
24  not really bending over, he's so big; right?

Page 26

1   A       Correct.
2   Q       And as he starts to buck, you fell
3   backwards or forward?
4   A       Yes, backwards.
5   Q       Was it the bucking that made you fall
6   backwards? Was it your slipping? What was it?
7   A       Him bucking and everything. And also not
8   a whole lot of room in that room. And with the
9   other assistant trying to get in where she could fit
10  in as well. And I think through all of that, like I
11  said, with some of the debris that was on the floor
12  already, we just slipped and there I was going.
13  Q       And do you remember, did your feet slip or
14  did you fall back?
15  A       Fall back kind of. But I would imagine my
16  feet were slipping along there .
17  Q       But it was the bucking that caused you to
18  fall; correct?
19  A       Yes. Along with it.
20          MR. DATNER: I'm going to object to
21      that question because I think that's a
22      mischaracterization of his answer. It was
23      one of the factors.
24          MR. PERRY: Okay.

Page 27

1           MR. DATNER: To the form of the
2       question.
3           MR. PERRY: Yes.
4   BY MR. PERRY:
5   Q       As you fell backwards, tell me what
6   happened next? Did you fall on your back? Did you
7   fall on your butt? What happened?
8   A       That's the way it seemed to me because
9   everything happened so fast but it felt like I fell
10  on the upper part of my back and, of course, my head
11  was going back as well. And all I can remember was
12  hitting that top part of my back (Indicating) and,
13  you know, the doctor kept asking me are you all
14  right. Of course I jumped up because you jump up,
15  yeah, I'm fine.
16          And I was trying to help the young
17  lady that had fell as well on the floor. I was
18  trying to help her up. I think she was embarrassed
19  that she had fallen or whatever.
20          Didn't think nothing of the fall,
21  you know. Just kind of got up and said, yeah, I'm
22  fine and that was pretty much it.
23          The examination was concluded at
24  that time, I think.

Page 28

1           Than I walked Odin out front and
2   that was that.
3   Q       Were you in any pain at the time?
4   A       Not that I would say. I mean, I don't
5   know whether it was because I was running on
6   adrenaline or whatever. Just got up, everything's
7   fine, let's get out of here kind of thing. But no,
8   I didn't feel any sharp pain or anything.
9   Q       Did Iris say anything to you at the time
10  when you were in the room after you fell?
11  A       If she did, she probably looked at me
12  like, are you all right, you know. But I don't
13  recall. I don't remember.
14  Q       Okay. You said the examination was
15  finished and you walked Odin out; is that correct?
16  A       Uh-huh.
17  Q       Did you need any assistance walking Odin
18  out or were you able to do it on your own?
19  A       I was able to do it on my own.
20  Q       And I just want to ask you this question.
21  I don't think I asked you this. Were you using a
22  cane at the time?
23  A       Yes.
24  Q       You were?



CORNELIUS POTTS
POTTS vs BANFIELD PET HOSPITAL

October 08, 2019
29–32

Page 29

1   A      Yes.
2   Q      If we go back a little bit to when you
3   were holding or trying to stabilize, I think is a
4   better word, Odin during his examination, were you
5   using a cane to try and stabilize yourself or did
6   you put the can on the side?
7   A      Put the cane on the side.
8   Q      And at the time you were using the cane to
9   walk; is that right?
10  A      Yeah.  I think I was suffering from a gout
11  prior to that.
12  Q      Okay.
13  A      So my feet were a little sore from that.
14  when you have a gout attack, like I said, it attacks
15  the joints and there is a lot of pain that comes
16  from that but it doesn't change my balance or
17  anything like that.
18  Q      It's just a severe pain?
19  A      Yes.
20  Q      How long does that last usually?
21  A      It depends.  I guess about maybe two to
22  three days.  I do take medication for that.
23  Q      And what do you take for that?
24  A      I don't remember it.  I don't remember

Page 30

1   what I take.  I don't remember.
2   Q      Prior to you helping to stabilize Odin,
3   did you say to the vet or to the assistant, you
4   know, I really shouldn't be doing this because I got
5   gout, I got a cane, I shouldn't be trying to
6   stabilize him?
7   A      No.
8   Q      Did you think at the time that maybe you
9   shouldn't be doing it because of your condition?
10  A      No.
11  Q      Had you been able to stabilize him at home
12  on previous occasions or anything like that?
13  A      Never had to.  Once I open my mouth,
14  that's pretty much it for him.  He doesn't test me.
15  Q      Pretty much trained?
16  A      Yeah.  He doesn't test me.
17  Q      Did you try and open your mouth to stop
18  him from bucking at the hospital or was it
19  happening --
20  A      No, because I kind of assumed that with
21  her digging in his ear and plus, like I said, prior
22  to that I think she had did his toenails, so he was
23  already pretty much irritated.  So I kind of, please
24  don't go that route until she get done what she's

Page 31

1   going to get done.
2   Q      Was he bucking at all before you tried to
3   stabilize him?  Was he upset, you know, sort of?
4   A      During?
5   Q      During the examination.
6   A      With his toes, yeah, he was getting
7   irritated at the time with his toes.  But of course
8   he had calmed down prior to her going on to the next
9   thing or she probably would have never did it.
10  Q      So Banfield Hospital has an incident
11  report, which I'll give you a copy.  I just want to
12  read from it.  You tell me if it's accurate.
13         It says, Paola, who is the
14  assistant, remembers the owner holding his hundred
15  and ninety-seven pound dog .
16         Is that pretty accurate, a hundred
17  ninety-seven?
18  A      Like I said, at the time it probably was
19  between one eighty and one ninety.  But she may be
20  correct.  I don't know.
21  Q      The owner, meaning you, was in a squatting
22  position.
23         Is that correct, squatting?
24  A      I was standing.

Page 32

1   Q      The dog started jumping up and down and
2   the owner lost his balance and fell backwards
3   against the exam room door.
4          Is that correct?
5   A      I remember falling backwards.  If there
6   was a door there, and I know it was a door there
7   because I do remember them opening up that
8   particular door and there were two other attendants
9   inside there on the other side of the room, but this
10  was after the fact which I thought to myself that
11  maybe they should have been in the room and not me
12  and Iris.
13  Q      And then it says, the associate asked the
14  owner, meaning you, if you were all right and you
15  replied yes.
16         Do you recall that?
17  A      Yes.
18  Q      All right.  So after the incident, and I
19  see there's an incident report here, did you fill
20  out anything for the veterinarian or anything?
21  A      No.
22  Q      After someone at the vet asked you if you
23  were okay and you said yes, did you ask the vet or
24  anyone at the vet hospital to do any medical care

CORNELIUS POTTS
POTTS vs BANFIELD PET HOSPITAL

October 08, 2019
33—36

Page 33

1 for you or to get medical care for you?
2 A     No.
3 Q     At that time do you think you needed
4 medical care?
5 A     Like I said, I just jumped up, like I'm
6 fine, I'm fine, I'm fine and everything.
7 Q     All right. So where did you go after you
8 left the vet?
9 A     We went home.
10 Q     How far of a drive is that?
11 A     About ten minutes.
12 Q     And when you got home, how did you feel?
13 A     I don't recall feeling anything. I mean,
14 of course, with my size and age, maybe, but I don't
15 remember feeling any kind of extreme pain or
16 anything like that.
17 Q     Did you have any pain, neck, back,
18 anything?
19 A     I was a little sore as the day went on.
20 Q     When is the first time you sought medical
21 treatment for this incident?
22 A     I don't recall specifically. But after
23 the incident had happened, which it probably was on
24 a weekend, so I continued to go to work. And as I

Page 34

1 was going to work, I'm trying to recall the days in
2 between that and going to the hospital, but as I was
3 going to work, I noticed that my leg wouldn't work
4 the way it usually works.
5 Q     And what do you mean by that?
6 A     In the way of walking, my job site is a
7 little bit ways from the parking lot, so as I would
8 walk to my job site or leave the job site walking
9 back to the parking lot, I noticed my leg was
10 getting really fatigued on the left side of my leg,
11 my left leg rather, and I don't know if it was one
12 day or two days or three days, but like I said, I
13 kept going to work it seemed like each day would be
14 more and more of a struggle to get my leg to move.
15 Q     The left leg?
16 A     The left leg? And again, I'm not sure,
17 but I think it was like the third day after the
18 incident, that particular day walking from my job to
19 the parking lot, I couldn't pick my foot up. And I
20 mean I literally could not pick my foot up. As much
21 as I was telling my mind, pick this left foot up, I
22 couldn't pick it up. All I could do was slide it.
23         At that time as I got to the gate,
24 because it's a key gate, kind of like a stall type

Page 35

1 gate where we've to go out on, I felt like my left
2 side went paralyzed for a second or two and I just
3 remember saying to myself, wow, Lord, are you
4 paralyzing me there. But as quick as it came, it
5 went away. But the dragging in my foot did not go
6 away. So I got in the car.
7 Q     Now were you dragging your foot at this
8 time or were you able to lift it and still walk?
9 A     I'm pretty much dragging it.
10 Q     Okay.
11 A     And when I got home, I'm trying to recall
12 the day, but I know, Iris, we got to go to the
13 emergency room because it's not right.
14 Q     And so did you go to the emergency room?
15 A     Yes, I did.
16 Q     Did you go to Einstein?
17 A     Yes.
18 Q     And tell me what happened when you were in
19 Einstein?
20 A     I told them how I felt, just like I'm
21 telling you, and they evaluated the situation. I
22 wasn't in I guess the emergency room where they take
23 you, where they bring you at to examine you, I
24 wasn't in there long before the doctor came back,

Page 36

1 and this is after they took x-rays, after the
2 evaluation they took x-rays, and that's when she
3 told me you got to have an operation. And I'm like,
4 what are you talking about, I just came here for my
5 leg; what are you talking about. And she was like
6 we took x-rays and we found that you broke your
7 neck. And I was astounded because that was the
8 last thing on my mind, you know, just fix my leg.
9 And at that time that's what they wanted to do. And
10 I mean right away.
11 Q     So did they tell you you fractured your
12 neck or tell you you had some other condition?
13 A     Told me that I fractured my neck and she
14 said a couple of other things. And this time I'm
15 just looking at Iris and I don't know what's going
16 on. And they wanted to operate right away. And I
17 was like, no, what are you talking about. Like I
18 said, I was looking at her as I always do for
19 clarification, you know, and she got it. I didn't
20 really get it. But that's what had to be done.
21         And I think within the next two or
22 three days prior to them evaluating me, because I
23 didn't want to get a consent right then and there,
24 they did the operation.



CORNELIUS POTTS
POTTS vs BANFIELD PET HOSPITAL

October 08, 2019
37–40

Page 37

1  Q       And what type of operation did they do, do
2  you recall?  Did they tell you?
3  A       I know it was they put some metal pieces
4  in there.
5  Q       Into your neck; right?
6  A       Yes.
7  Q       How long were you in the hospital?
8  A       God, I don't know.  I don't recall.  I
9  want to say two weeks and then rehab.  And rehab
10 was a long time.
11 Q       You were at Magee Rehab; is that right?
12 A       Elkins Park.
13 Q       Elkins Park Rehab?
14 A       Yes.
15 Q       After the rehab, how did you feel?
16 A       Lousy.
17 Q       Tell me about it.  Did you have any
18 improvement in your neck at all?
19 A       My neck was in a --
20 Q       Collar?
21 A       -- collar.  So it really wasn't a whole
22 lot of movement in that.
23 Q       Were you in a wheelchair at the time?
24 A       Yes.

Page 38

1  Q       How long were you in a wheelchair?
2  A       I think it was two weeks, one or two
3  weeks.
4  Q       And after you were in the wheelchair, did
5  they put you in a walker?
6  A       Yes.
7  Q       And how long were you in a walker?
8  A       I think it was a week.  But they sent me
9  home with a walker.
10 Q       You were in the walker for about a week?
11 A       There, at the rehab.
12 Q       Okay.  And then you went home with the
13 walker?
14 A       Yes.
15 Q       How long were you using the walker at
16 home?
17 A       I want to say months.
18 Q       Three months?  Five months?  You can give
19 me an estimate.
20 A       I would say about maybe two to three
21 months until I got to the cane after the walker.
22 Q       And the cane was what you were using
23 before the incident?
24 A       Yes.

Page 39

1  Q       Okay.  All right.
2          What type of rehab did you continue
3  with after you finished that two weeks of rehab at
4  Elkins Park?
5  A       Then it was outpatient rehab.
6  Q       Where at?
7  A       At Moss Rehab in Norristown.
8  Q       How often would you go to that?
9  A       Three times a week.
10 Q       How would you get to and from that?
11 A       Either I would drive, because it was only
12 like maybe six blocks from the house.  So it was
13 right in the area.
14 Q       So you were able to drive back and forth
15 to the rehab?
16 A       Not supposed to.
17 Q       When were you allowed to drive?  Let's put
18 it that way.
19 A       I'm going to say maybe, because they
20 didn't clear me until, I'm going to say six months
21 after.
22 Q       So around August or September of the same
23 year?
24 A       Not quite sure what year.  Somewhere.

Page 40

1  Q       That's an estimate?
2  A       Yeah.
3  Q       How long before you got back of doing
4  your, not work, because you said you never went
5  back?
6  A       Never.  Tried to go back.  But after I was
7  cleared, I tried to go back.
8  Q       Okay.  Let's go over that.
9          When were you cleared to go back to
10 work, how long after the incident?
11 A       I don't think I was ever cleared.  All I
12 know is I was struggling to go back.  I was only
13 getting seventy percent of my salary at the time I
14 was out on disability.  I had short-term disability.
15 So me and Iris was struggling.  And I've always
16 worked, worked all my life.  Never took off even if
17 I was sick trying to maintain.  My father was a
18 great provider, so that's what was instilled in me.
19 So I don't think I was ever really clear cleared.
20 But I attempted to go back to work.  Which any time
21 we're out, especially short term over a week, we
22 have to see the company nurse prior to going back.
23 And I went to see her and, of course, she's talking
24 with the doctors and also the company that handles



CORNELIUS POTTS
POTTS vs BANFIELD PET HOSPITAL

October 08, 2019
41–44

Page 41

1  our short-term disability people, the Reed Group,
2  their doctors get involved and they're the ones that
3  say yeah and nay as far as you getting paid for
4  disability.
5  Q      Who was the nurse at your job?
6  A      Laurie. I don't remember her last name.
7  First name is Laurie.
8  Q      So you would have to see Laurie?
9  A      Yes.
10  Q      And she would examine you?
11  A      Yes.
12  Q      And then she would tell you whether or not
13  you could come back to work?
14  A      Yes.
15  Q      Did Laurie ever clear you to come back to
16  work?
17  A      No.
18  Q      Did any of your physicians ever clear you
19  to come back to work?
20  A      The surgeon that did the operation, he
21  never cleared me.
22  Q      So the surgeon who did the operation never
23  cleared you?
24  A      No.

Page 42

1  Q      Who were you following after the surgery?
2  Who was following you, what doctor?
3  A      Either my primary doctor, Doctor Andrew
4  Grayer.
5  Q      Did Doctor Gray ever tell you to go back
6  to work?
7  A      I don't recall. But I'm thinking that he
8  may have but I'm not sure.
9  Q      At some point you think he may have told
10  you, you're not sure, but he may have?
11  A      Right.
12  Q      Is that when you tried to go back to work?
13  A      Yeah. And this is like maybe six or seven
14  months after that.
15  Q      So six or seven months after the February
16  incident of 2017 you may have been cleared by Doctor
17  Gray, you're not sure?
18  A      Right.
19  Q      And that's when you may have made that
20  move to try and go back to work; is that right?
21  A      Yes.
22  Q      So tell me what happened when you tried to
23  go back to work?
24  A      When I went back, she had me try to walk

Page 43

1  up a flight of stairs within the plant. And all of
2  those stairs are like you would find in a firehouse
3  where they do the training at.
4  Q      Right.
5  A      So she watched me do that. She watched me
6  walk a little ways. She checked the curvature in my
7  neck after the operation and she checked my eyesight
8  and all of that, looked at my medication chart. And
9  that was pretty much it.
10  Q      But you tried to go back to work and you
11  couldn't do it?
12  A      No. She wouldn't. They deemed me as a
13  fall risk.
14  Q      Now when you say she checked the curvature
15  in your neck. Did it change?
16  A      What you mean, from when she checked it or
17  after the operation?
18  Q      After the operation.
19  A      Yeah, it did change.
20  Q      Tell me about the curvature in your neck,
21  how it changed?
22  A      Just I lost the --
23  Q      Do you want to turn around so we can get
24  it maybe on video?

Page 44

1         MR. DATNER: Can you fold your
2  collar down so they can see the scar.
3         MR. PERRY: Are you able to focus
4  in on the scar?
5         MR. DATNER: Let me help you out.
6         MR. PERRY: If you turn around
7  maybe we can get that on video.
8         MR. DATNER: Can you swing all the
9  way around.
10  BY MR. PERRY:
11  Q      That's good. Thank you, sir.
12         And that's the scar from the
13  surgery; right?
14  A      Yes.
15  Q      I just want to back up because this is
16  interesting.
17         Before you had the surgery and
18  after the accident, you were having problems with
19  your left leg and some weakness; is that correct?
20  A      Yes.
21  Q      Okay. You go to the emergency room for
22  this weakness, they do an examination and they tell
23  you, according to you, that you fractured your neck;
24  correct?



Page 45

1  A      Yes.

2  Q      Had you been having any problems with your
3  neck after the incident, like turning, any range of
4  motion problems, anything like that?

5  A      I'm sure I did.  I just don't recall that
6  specifically.  Because of my age and my size and
7  all, it's always aches and pains and the type of
8  work that I've done for the past twenty-four years,
9  steel work.

10 Q      Let me put it this way:  You didn't notice
11 anything out of the ordinary with your neck after
12 the incident and before --

13 A      It was sore because I hit the back.  It
14 was sore.  I didn't coordinate it.

15 Q      Prior to this incident of February 2017,
16 had you ever had any problems with your neck, any
17 range of motion, anything?

18 A      Oh, no.

19 Q      After the surgery to your neck, did you
20 have any problems with your range of motion?

21 A      Yes.

22 Q      Side to side or up and down or both?

23 A      Both.

24 Q      Are you still having problems with that?

Page 46

1  A      Not as much.

2  Q      So your range of motion is back to normal?

3  A      Yes.

4  Q      How about your left leg weakness, has that
5  improved?

6  A      To the point where I could pick it up now
7  but the fatigue still happens.  My turning around,
8  it's still compromised.  Sometimes if I turn too
9  quick, I'll tip, you know, like I want to fall.  My
10 leg still gives out every once in a while.

11 Q      The left leg?

12 A      The left leg.

13 Q      Did you ever have problems with your left
14 leg giving out before the incident?

15 A      No.

16 Q      Who are you treating with now for your
17 neck and your left-sided weakness?

18 A      Just my family doctor is all I see now.

19 Q      Doctor Gray?

20 A      Doctor Grayer, for everything.

21 Q      Have you been back to see the surgeon at
22 all recently?

23 A      No.

24 Q      What type of activities can you not do now

Page 47

1  that you could do before the accident?

2  A      I could run a lot further.  I could walk a
3  lot further.

4  Q      Did you use to run before the incident?

5  A      Not in the sense of what you think but I
6  mean I could pick my feet up and put them down.

7  Q      Do you have trouble doing that now?

8  A      I think I regained some of my mobilities
9  since the incident.  I can pick my feet up now.  But
10 like I say, every now and then my leg just give out
11 and I still go through the fatigue.  But I had a lot
12 more energy prior to all of this.

13 Q      The leg giving out, how often does that
14 happen?

15 A      I don't know.  I want to say every now and
16 again, depending on what I'm attempted to do, if I'm
17 doing anything or going up and down the steps a lot,
18 things of that nature, or if I walked maybe too
19 much, it will give out.

20         I can't really sit for a long
21 period of time without things getting a little
22 rickety.  So my getting up and getting to move again
23 and sometimes I'll move too fast and it will jump
24 out and it will give out.

Page 48

1  Q      Now are you still on Oxycodone?

2  A      No.

3  Q      Have you had a prior heart attack?

4  A      Yes.

5  Q      When was that?

6  A      Maybe eight years ago.

7  Q      Were you hospitalized for that?

8  A      Yes.

9  Q      How long were you hospitalized for?

10 A      I don't recall.  But I don't think it was
11 long.  They did an angioplasty.  So I probably was
12 only in the hospital for about maybe a week.

13 Q      Have you had any further problems with
14 your heart since then?

15 A      Not to be hospitalized.  I was on
16 nitroglycerine prior to that after the operation for
17 a while.

18 Q      How often would you take the
19 nitroglycerine?

20 A      I think I took it maybe -- I think I had
21 an episode like maybe two months, three months prior
22 to that at that time and I haven't taken it since.

23 Q      Two or three months after the heart issue?

24 A      Yes.



Page 49

1  Q      And you haven't taken it since?
2  A      No.
3  Q      Have you been back in the hospital for any
4  type of heart problems since this incident?
5  A      No.
6  Q      All right.  You said running was an issue;
7  you can't walk as long as you used to.
8          What other things can't you do that
9  you could do before this incident?
10  A      Like I said, a lot of it is balance.  I
11  mean, I can't turn like I used to without losing my
12  balance.  I can't sit up long.  I can't lay down too
13  long other than, you know, just a regular for
14  sleeping type of thing.
15          I mean, I can go up the steps to go
16  to the bathroom.  But most of the time I'm
17  downstairs.  I haven't left the couch since this
18  incident.  I haven't been upstairs since.
19  Q      That's what I wanted to revisit because we
20  talked a little about that in the beginning, the
21  structure of your house.
22          Since the incident in February of
23  2017, were you able to walk -- First of all, what's
24  on the second floor, is it the bedrooms?

Page 50

1  A      The bedrooms and the bathroom.
2  Q      Okay.  Were you able to walk up to the
3  bedroom or the bathroom?
4  A      No.
5  Q      So how do you go to the bathroom?
6  A      I use the urinal for the most part.  When
7  I do the other thing -- For now, like I said, I can
8  --
9  Q      You can walk up?
10  A      -- struggle to get up there now.
11  Q      How about right after the incident, how
12  would you?
13  A      Pretty much struggle to get up there.
14  Q      Where would you sleep at night?
15  A      On the couch.
16  Q      Are you still sleeping on the couch?
17  A      Yes.
18  Q      Now after you had your fusion to your
19  neck, did anyone tell you needed any additional
20  surgery?
21  A      No.
22  Q      Are you scheduled for any additional
23  surgery?
24  A      No.

Page 51

1  Q      Would you say that your left leg weakness
2  has improved since the surgery?
3  A      I think so.
4          MR. PERRY:  Medical bills, any kind
5      of lien do you know?
6          MR. DATNER:  You want to ask him
7      about health insurance and Medicare?
8          MR. PERRY:  Yeah.
9  BY MR. PERRY:
10  Q      I'm assuming you had health insurance with
11  your job?
12  A      Yeah.
13  Q      What type of health insurance was it?
14  A      Blue Cross Blue Shield.
15  Q      And did they cover all of your medical
16  bills?
17  A      I think so.  Yes.
18  Q      Is there anything you had to pay out of
19  pocket beside your co-pay?
20  A      No.
21  Q      Are you on Medicare?
22  A      Now I am.  Just started September the
23  20th.
24          MR. PERRY:  So the lien would be

Page 52

1  mostly Blue Cross.
2          MR. DATNER:  I don't know if we
3      requested --
4          MR. PERRY:  There's no Medicare
5      lien.
6          MR. DATNER:  There is no Medicare
7      line.
8  BY MR. PERRY:
9  Q      You just went on Medicare this year?
10  A      Yes.
11  Q      And did you go on Medicare or Medicaid?
12  A      Which is it?  I think it's Medicaid.
13          MR. DATNER:  Do you have a card?
14          THE WITNESS:  Yes.
15          MR. PERRY:  Take your time.
16  BY MR. PERRY:
17  Q      While she's getting the card.
18          Tell me how the injuries affect
19  you on a daily basis.
20          You talked about how it's hard to
21  get upstairs to go to the bathroom, you talked about
22  how you're sleeping on the couch, you talked about
23  how it's harder to walk.
24          Is there anything else?



CORNELIUS POTTS
POTTS vs BANFIELD PET HOSPITAL

October 08, 2019
53—56

Page 53

1  A      You know, I mean, personal stuff, like
2  intimacy, things like that, we find other ways than
3  what's traditional.
4  Q      All right.  So the intimacy is obviously
5  affected.
6          Anything else?
7  A      Not that I can think of.
8  Q      Are you currently on any type of
9  medication for your neck or your lower weakness in
10  your leg?
11  A      Most of my medications now is the diabetes
12  and the blood pressure.  I take blood pressure
13  medication, blood thinner.
14  Q      Was the diabetes affecting your daily
15  activities before the incident?
16  A      No.
17  Q      Except for the cane.  The cane was for the
18  gout?
19  A      Yeah.  No, I could pretty much suffer
20  through that, the tingling and all that type stuff.
21          My walking was compromised when I
22  fell.  I never -- My mobility was.  Like I said, I
23  was astounded, it shocked me, because I just never
24  thought.  Like I said, I worked all my life and I'm

Page 54

1  getting to that point of retirement and I never
2  thought that would happen to me.
3  Q      Let me just get this.  The name of your
4  job again, can you spell that for us?
5  A      Arcelor, A-R-C-E-L-O-R, Mittal,
6  M-I-T-T-A-L.
7  Q      Where are they located?
8  A      Conshohocken Road, Conshohocken, PA.
9          Medicare.
10  Q      You mind if I write this down?
11  A      Here is the Blue Cross Blue Shield.
12          (Handed to Mr. Perry)
13          MR. PERRY:  Let me hand it back to
14  you so I don't lose it.  Thank you, sir.
15          All right.  I think that's all I
16  have.
17          But you're going to give me some
18  information about the W-2's and the lost
19  wages?
20          MR. DATNER:  Yeah, I'm going to
21  give you that and the tax returns.
22          I think we have the right answers
23  that are done and I'll shoot them over to
24  you and have some discovery requests

Page 55

1  coming out too.
2          MR. PERRY:  All right.  Good.
3          THE VIDEOGRAPHER:  We're going off
4  the record.
5          This completes the videotape
6  deposition.
7          The time is 11:56.
8
9          (The deposition concluded at 11:56
10  a.m.)
11
12          THE REPORTER:  Mr. Datner, do you
13  get a copy of the deposition?
14          MR. DATNER:  Yes.
15
16
17
18
19
20
21
22
23
24

Page 56

1              C E R T I F I C A T I O N
2
3          I HEREBY CERTIFY that the foregoing
4  is a true and correct transcript of the proceedings
5  held in this matter, as transcribed from the steno-
6  graphic notes taken by me on October 8th, 2019.
7
8
9
10
                        _Jacob Pensak_
11
         JAY PENSAK
         Registered Professional Reporter
12
13          (This certification does not apply
14  to any reproduction of this transcript, unless under
15  the direct supervision of the certifying reporter.)
16                    - - -
17
18
19
20
21
22
23
24



# EXHIBIT "D"

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | |
|---|---|---|---|
| MRN: | 100937573 | FIN: | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male   10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 |

## Discharge

| | |
|---|---|
| Document Name: | Transition of Care: Provider |
| Performed By: | Yaeger PA-C, Sean Christopher (3/24/2017 08:15 EDT) |
| Signed By: | ISAIA FNP,ANP,MS/MSC,DIANA J (3/24/2017 13:05 EDT); Yaeger PA-C,Sean Christopher (3/24/2017 08:15 EDT) |
| Authenticated By: | ISAIA FNP,ANP,MS/MSC,DIANA J (3/24/2017 13:05 EDT); Yaeger PA-C,Sean Christopher (3/24/2017 08:15 EDT) |
| Status: | Modified |
| Date of Service: | 3/24/2017 08:15 EDT |
| Subject: | Transition of Care: Provider |

**Transition of Care: Provider Entered On: 3/24/2017 8:16 EDT**
**Performed On: 3/24/2017 8:15 EDT by Yaeger PA-C, Sean Christopher**

**Patient Discharge Instructions**

*Other Discharge Instructions :*  DIABETES CARE:  Your sugars will be in flux as you adjust from hospital to home life.  It can rise from increased carbohydrate intake, more sedentary activity, illness, stress, steroids, and weight gain.  (Now that you are on steroids, you are requiring more medication so we are going to restart the toujeo.)  Your sugar can lower with increased activity, less carbohydrate intake, weight loss.  If we can control your sugars better we can decrease the damage to your nerves and blood vessels, may be able to decrease the pain from neuropathy, and can prevent further nerve damage and blood vessel damage from occurring.

The only way to control diabetes is to know what the sugars are.  The only way to know what they are is to check them.  Use the sides of your finger pads for lower pain (the nerve endings are more on the finger pads, for the sense of touch).  Check your sugars before meals, at bedtime, and as needed if symptoms develop.  Call Lisa Hamaker MD or Diana Isaia NP for sugars less than 100 or more than 200 for medication adjustment.

SUGAR IS BLOCKAGE.  There is no set dose of medication for diabetes.  Your blood sugar requirements can change over time.  As you get older, your pancreas ages too.   You are welcome to call Diana Isaia NP at 610.941.6799 should you have any questions regarding your sugars.

ISAIA FNP,ANP,MS/MSC, DIANA J - 3/24/2017 13:05 EDT

*Assessment and Plan :*  pt presented with altered gait and LE weakness. Found to have significant cervical myelopathy. Neuro and neurosurgery evaluated and plans for OR next week. Cardio and endocrine consulted to assist with preop, clear for surgery. Pt requested to be discharged to home. Will continue decadron taper and f/u with neurosurgery for operative planning

*Does patient have a diagnosis of Heart Failure on this visit? :*  No

*Prescriptions :*  Provided to patient/caregiver

*Patient Interest in Einstein Pharmacy Utilization at Discharge :*  No

*Diet Instructions :*  Carbohydrate controlled, Low fat/Low cholesterol

*Physical Activity Instructions :*  No driving, No exercise until after further contact with the physician

Yaeger PA-C, Sean Christopher - 3/24/2017 8:15 EDT

| | | | |
|---|---|---|---|
| Printed By:  Wilson,Jean | Page 1 of 52 | Chart ID: | 167692651 |
| | | Print Date/Time: | 1/9/2020 08:29 EST |

59

**EINSTEIN HEALTHCARE NETWORK**
Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | |
|---|---|---|---|
| MRN: | 100937573 | FIN: | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male      10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 |

## Discharge

| | |
|---|---|
| Document Name: | Transition of Care: Nursing |
| Performed By: | Patel BSCN/BSN,Sheetal (3/24/2017 16:01 EDT) |
| Signed By: | Patel BSCN/BSN,Sheetal (3/24/2017 16:01 EDT) |
| Authenticated By: | Patel BSCN/BSN,Sheetal (3/24/2017 16:01 EDT) |
| Status: | Auth (Verified) |
| Date of Service: | 3/24/2017 16:01 EDT |
| Subject: | Transition of Care: Nursing |

**Transition of Care: Nursing Entered On:  3/24/2017 16:02 EDT**
**Performed On: 3/24/2017 16:01 EDT by Patel BSN,RN, Sheetal**

**Transition of Care:Nursing**
*Isolation :*  No
*Patient At Risk For :*  Fall
*Level of Consciousness/Mental Status/Behavior :*  Alert
*Orientation :*  Oriented x 3
*Communication Limitations :*  Speaks, Understands
*Physical Impairment :*  Other: weakness
*Mobility :*  Transfer assistance

Patel BSN,RN, Sheetal - 3/24/2017 16:01 EDT

Feeding Tube ADL Transfer
*Meals :*  ADL - Moderate assistance
*Dressing :*  ADL - Moderate assistance
*Bathing :*  Maximum assistance
*Transfer :*  Maximum assistance

Patel BSN,RN, Sheetal - 3/24/2017 16:01 EDT

*Bladder Management :*  Continent
*Bowel Management :*  Continent
*Skin Condition :*  No problem
*IV Lines/Site/Care :*  D/C Iv with dry gauze dressing
*Oxygen Therapy :*  Room air
*Transfer to :*  Home

Patel BSN,RN, Sheetal - 3/24/2017 16:01 EDT

| | |
|---|---|
| Document Name: | Transition of Care: Care Management |
| Performed By: | Bouknight BSCN/BSN,CCM,Kelly (3/24/2017 16:02 EDT) |
| Signed By: | Bouknight BSCN/BSN,CCM,Kelly (3/24/2017 16:02 EDT) |
| Authenticated By: | Bouknight BSCN/BSN,CCM,Kelly (3/24/2017 16:02 EDT) |
| Status: | Auth (Verified) |
| Date of Service: | 3/24/2017 16:02 EDT |
| Subject: | Transition of Care: Care Management |

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 100937573 | FIN: | | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 | |

## Discharge

**Transition of Care: Care Management Entered On: 3/24/2017 16:03 EDT**
**Performed On: 3/24/2017 16:02 EDT by Bouknight, Kelly**

**Discharge: Care Management**
*Equipment Ordered* : Rolling walker to bedside
*DME Provider/Agency* : Montgomery Medical 610-630-6357

Bouknight, Kelly - 3/24/2017 16:02 EDT

| | |
|---|---|
| Document Name: | Patient Discharge Instructions |
| Performed By: | Sinkoff DO,Michael (3/24/2017 17:41 EDT) |
| Signed By: | Sinkoff DO,Michael (3/24/2017 17:41 EDT); Patel BSCN/BSN,Sheetal (3/24/2017 16:04 EDT); Patel BSCN/BSN,Sheetal (3/24/2017 16:04 EDT); Patel BSCN/BSN,Sheetal (3/24/2017 16:04 EDT); Yaeger PA-C,Sean Christopher (3/24/2017 08:19 EDT) |
| Authenticated By: | Sinkoff DO,Michael (3/24/2017 17:41 EDT) |
| Status: | Modified |
| Date of Service: | 3/24/2017 17:41 EDT |
| Subject: | Inpatient Patient Discharge Instructions |

**Inpatient Patient Discharge Instructions**



# Einstein Healthcare Network
# Acute Care
# Patient Discharge Instructions

**Take this form and your medication schedule to all your follow-up appointments with your primary doctor, specialist, and or clinic.**

| | |
|---|---|
| Current Date: | 3/24/2017 17:41:40 |
| Name: | POTTS, CORNELIUS   Date Of Birth: |
| | 10/29/1956 |
| Patient Address: | 1630 PINE ST NORRISTOWN PA 19401 |
| Patient Phone: | (267) 736-7824 |
| MRN: | 100937573   FIN:   35053047 |
| Attending Physician: | Graf DO, Andrew |

| | | |
|---|---|---|
| Printed By: Wilson,Jean | Page 3 of 52 | Chart ID:   167692651 |
| | | Print Date/Time:   1/9/2020 08:29 EST |

**EINSTEIN HEALTHCARE NETWORK**
Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 100937573 | FIN: | | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 | |

## Discharge

Discharge Diagnosis: Cervical spinal stenosis; Cervical stenosis of spine
Discharge Date:

**Allergies**
   shellfish (rash) (hives)
   ACE inhibitors (coma) (anaphlyaxis)

Procedures:
No Immunizations Given

Reason Pneumococcal Vaccine Not Given:

Reason Influenza Vaccine Not Given:

     The Einstein Healthcare Network would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information regarding your injury/illness. Take these Discharge Instructions and all of your medication bottles to your follow-up appointments with your primary doctor, specialist and/or clinic. Remember to discard old medication lists and update your records with your doctor and pharmacy.

     Cigarette Smoking is the single greatest preventable cause of illness, disability and death in America today. If you smoke, you should quit smoking, or if you have already quit smoking you are encouraged to remain smoke-free. Additional resources to help you stop smoking can be obtained at the PA Department of Health Website: http://www.dsf.health.state.pa.us/health or by calling Pennsylvania's Free Quitline at 1-800-QUIT-NOW (1-800-784-8669). Einstein Medical Center Montgomery offers free classes to help you quit smoking, call 484-622-QUIT(7848) for more information. You should also speak with your doctor at your next office visit about additional help, possible treatments and support.

Comments:
**POTTS, CORNELIUS has been given the following list of follow-up instructions, prescriptions, and patient education materials:**

**Follow-up Appointments**

| With: | Address: | When: |
|---|---|---|
| LISA HAMAKER | 633 W. Germantown Avenue, Suite 105 | 6/7/2017 09:00:00 |
| | Plymouth Meeting, PA 19462 | |
| | 4846226400 Business (1) | |

| With: | Address: | When: |
|---|---|---|
| | | |

---

Printed By:  Wilson,Jean                    Page 4 of 52          Chart ID:        167692651
                                                                                 Print Date/Time:   1/9/2020 08:29 EST

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | |
|---|---|---|---|
| MRN: | 100937573 | FIN: | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male  10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 |

## Discharge

Mandy Binning          Global Neurosciences Institute, 750        Within 3 to 5 days
                        Brunswick Avenue, 1 Front North
                        Trenton, NJ 08638
                        (844) 464-6387 Business (1)


## Medications

**This is the list of medications that you are to take after you leave the hospital:**
**If you have questions about these medications or intend to take other medications that you have at home, please discuss this with your physician, before you leave the hospital.**
**CVS/pharmacy #3011, 1799 DEKALB PIKE BLUE BELL, PA 19422, (610) 239 - 1686**

**canagliflozin (Invokana 100 mg oral tablet)** 1 tab(s), Oral, every day, Refills: 3

**sitaGLIPtin (Januvia 100 mg oral tablet)** 1 tab(s), Oral, every day, Refills: 3

Prescription sent to:

**amLODIPine (amLODIPine 10 mg oral tablet)** 1 tab(s), Oral, every day, Refills: 0

**atorvastatin (Lipitor 80 mg oral tablet)** 1 tab(s), Oral, at bedtime, Refills: 0

**dexamethasone (dexamethasone 2 mg oral tablet)** , See Instructions, 3 tabs oral BID x 2 days, then
2 tabs oral BID x 2 days, then
1 tab oral BID x 2 days, then
1 tab oral daily x 2 days, then STOP, Refills: 0

**nitroglycerin (nitroglycerin 0.4 mg sublingual tablet)** 1 tab(s), Sublingual, every 5 minutes, As Needed, Chest Pain, Refills: 0

Other Medications

**acetaminophen (acetaminophen 325 mg oral tablet)** 2 tab(s), Oral, every 6 hours, As Needed, Fever, Refills: 0

**allopurinol (allopurinol 100 mg oral tablet)** 2 tab(s), Oral, every day, Refills: 0

**cholecalciferol (Vitamin D3)** 1 tab(s), Oral, every day, Refills: 0

**docusate (Colace 100 mg oral capsule)** 1 cap(s), Oral, 2 times a day, Refills: 0

**famotidine (famotidine 20 mg oral tablet)** 1 tab(s), Oral, 2 times a day, Refills: 0

**glipiZIDE (GlipiZIDE XL 10 mg oral tablet, extended release)** 1 tab(s), Oral, every day, Refills: 0

**hydroCHLOROthiazide (hydrochlorothiazide 25 mg oral tablet)** 1 tab(s), Oral, every day, Refills: 0

**insulin glargine (Toujeo SoloStar 300 units/mL subcutaneous solution)** 10 unit(s), Subcutaneous, lunch, take around 1pm, do not wait til night time.  If you prefer a different time, you can change the time each day by 2 hours until you reach the desired time. rotate injection sites, 30 day(s), Refills: 0

**EINSTEIN HEALTHCARE NETWORK**
Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 100937573 | FIN: | | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 | |

## Discharge

isosorbide mononitrate (Imdur 60 mg oral tablet, extended release) 1 tab(s), Oral, breakfast, Refills: 0

labetalol (labetalol 200 mg oral tablet) 1 tab(s), Oral, every day, Refills: 0

ranolazine (Ranexa 500 mg oral tablet, extended release) 1 tab(s), Oral, 2 times a day, As Needed, as needed, Refills: 0


Additional Medication Instructions:

### For Heart Attack Patients:

Reason Aspirin Not Ordered:

Reason Beta Blocker Not Ordered:

### For Heart Failure/Heart Attack Patients:

Reason ACE-I/ARB Not Ordered:

### Discharge Instructions

Diet Instructions: Resume pre-hospital diet unless otherwise specified:  Carbohydrate controlled, Low fat/Low cholesterol

Physical Activity Instructions: No driving, No exercise until after further contact with the physician

Wound/Drain Care:

Other Discharge Instructions: DIABETES CARE:  Your sugars will be in flux as you adjust from hospital to home life.  It can rise from increased carbohydrate intake, more sedentary activity, illness, stress, steroids, and weight gain.  (Now that you are on steroids, you are requiring more medication so we are going to restart the toujeo.)  Your sugar can lower with increased activity, less carbohydrate intake, weight loss.  If we can control your sugars better we can decrease the damage to your nerves and blood vessels, may be able to decrease the pain from neuropathy, and can prevent further nerve damage and blood vessel damage from occurring.

The only way to control diabetes is to know what the sugars are.  The only way to know what they are is to check them.   Use the sides of your finger pads for lower pain (the nerve endings are more on the finger pads, for the sense of touch).  Check your sugars before meals, at bedtime, and as needed if symptoms develop.  Call Lisa Hamaker MD or Diana Isaia NP for sugars less than 100 or more than 200 for medication adjustment.

SUGAR IS BLOCKAGE.   There is no set dose of medication for diabetes.  Your blood sugar requirements can change over time.  As you get older, your pancreas ages too.    You are welcome to call Diana Isaia NP at 610.941.6799 should you have any questions regarding your sugars.

---

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | |
|---|---|---|---|
| MRN: | 100937573 | FIN: | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male    10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 |

## Discharge

Call your doctor for the following lab and test results:

Tests to be done after discharge:

Patient at risk for: Fall

Code Status:

**Home Arrangements:**

Home Care Arrangements: ,,

Home Care Services Begin:

Equipment Company Information: Montgomery Medical 610-630-6357

Equipment Ordered: Rolling walker to bedside

Delivery Date:

Additional Information

Call you Primary Care Provider for any of the following:

- Difficult breathing

- Unusual or unrelieved pain

- Increased bleeding, drainage, redness, swelling or foul odor of wound site

- Chills or fever >100°

- If you are a congestive heart failure patient you should weigh yourself daily and call your Doctor if you have a weight gain of 3 lbs. in 2 days.

I, POTTS, CORNELIUS, have received the attached patient education materials/instructions, including instructions on how to access these discharge instructions electronically through MYEinsteinHealth, and have verbalized understanding:

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | |
|---|---|---|---|
| MRN: | 100937573 | FIN: | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 |

---

## Discharge

---

Patient/Authorized Representative/Relationship    Date/Time

---

Discharging Nurse Signature                           Date/Time

Patient education materials, if any, will display below

# Spinal Stenosis

Spinal stenosis is when the open spaces between the bones of your spine (*vertebrae* ) get smaller (*narrow* ). It is caused by bone pushing on the open spaces of your spine. This puts pressure on your spine and the nerves in your spine. You may be given medicine to lessen the puffiness (*inflammation* ) in your nerves. Other times, surgery is needed.



**HOME CARE**
- Change positions when you sit, stand, and lie. This can help take pressure off your nerves.
- Do exercises as told by your doctor to strengthen the middle part of your body.
- Lose weight if your doctor suggests it. This takes pressure off your spine.
- Take all medicine as told by your doctor.

**MAKE SURE YOU:**
- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

---

**EINSTEIN HEALTHCARE NETWORK**
Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 100937573 | FIN: | | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 | |

## Discharge

Document Released: 04/12/2012 Document Revised: 08/20/2014 Document Reviewed: 03/28/2014
ExitCare® Patient Information ©2014 ExitCare, LLC.

# Smoking Cessation

This document explains the best ways for you to quit smoking as well as new treatments to help. It lists new medications that can double or triple your chances of quitting and quitting for good. It also tells about ways to avoid relapses and talks about concerns you may have about quitting, including weight gain.

NICOTINE: A POWERFUL ADDICTION
If you have tried to quit smoking, you know how hard it can be. It is hard because nicotine is a very addictive drug. For some people, it can be as addictive as heroin or cocaine. Quitting is hard. Usually people make 2 or 3 tries, or more, before finally being able to quit. Each time you try to quit, you can learn about what helps and what hurts. Quitting takes hard work and a lot of effort, but you can quit smoking.

QUITTING SMOKING IS ONE OF THE MOST IMPORTANT THINGS YOU WILL EVER DO:
You will live longer and live better.
Quitting will lower your chance of having a heart attack, stroke, or cancer.
If you are pregnant, quitting smoking will improve your chances of having a healthy baby.
The people you live with, especially your children, will be healthier.
You will have extra money to spend on things other than cigarettes.

FIVE KEYS FOR QUITTING
Studies have shown that these five steps will help you quit and quit for good. You have the best chances of quitting if you use them together:
Get ready.
Get support.
Learn new skills and behaviors.
Get medication and use it correctly.
Be prepared for relapse or difficult situations.

1. GET READY
Set a quit date.
Change your environment.
    Get rid of ALL cigarettes and ashtrays in your home, car, and place of work.
    Do not let people smoke in your home.
Review your past attempts to quit. Think about what worked and what did not.

---

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 100937573 | FIN: | | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 | |

## Discharge

Once you quit, do not smoke, **NOT EVEN A PUFF!**

## 2. GET SUPPORT AND ENCOURAGEMENT

Studies have shown that you have a better chance of being successful if you have help. You can get support in many ways:

Tell your family, friends, and coworkers that you are going to quit and need their support. Ask them not to smoke around you.

Talk to your health care provider (for example, doctor, dentist, nurse, pharmacist, psychologist, or smoking counselor).

Get individual, group or telephone counseling. The more counseling you have, the better your chances are of quitting. Programs are available at local hospitals and health centers. Call your local health department for information about programs in your area.

## 3. LEARN NEW SKILLS AND BEHAVIORS

Try to distract yourself from urges to smoke. Talk to someone, go for a walk, or occupy your time with a task.

When you first try to quit, change your routine; use a different route to work. Drink tea instead of coffee. Eat breakfast in a different place.

Do something to reduce your stress. Take a hot bath, exercise or read a book.

Plan something enjoyable to do every day.

Drink a lot of water and other fluids.

## 4. GET MEDICATION AND USE IT CORRECTLY

**Medications can help you stop smoking and lessen the urge to smoke.**

The U.S. Food and Drug Administration (FDA) has approved five medications to help you quit smoking:

Bupropion SR - Available by prescription.

Nicotine gum - Available over-the-counter.

Nicotine inhaler - Available by prescription.

Nicotine nasal spray - Available by prescription.

Nicotine patch - Available by prescription and over-the-counter.

Ask your health care provider for advice and carefully read the information on the package.

All of these medications will more or less double your chances of quitting and quitting for good.

Everyone who is trying to quit may benefit from using a medication. If you are pregnant or trying to become pregnant, nursing, under age 18, smoking fewer than 10 cigarettes per day, or have a medical condition, talk to your doctor or other health care provider before taking medications.

## 5. BE PREPARED FOR RELAPSE OR DIFFICULT SITUATIONS

| | |
|---|---|
| Chart ID: | 167692651 |
| Print Date/Time: | 1/9/2020 08:29 EST |

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | |
|---|---|---|---|
| MRN: | 100937573 | FIN: | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male      10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 |

## Discharge

Most relapses occur within the first 3 months after quitting. Do not be discouraged if you start smoking again. Remember, most people try several times before they finally quit. Here are some difficult situations to watch for:
**Alcohol.** Avoid drinking alcohol. Drinking lowers your chances of success.
**Other smokers.** Being around smoking can make you want to smoke.
**Weight gain.** Many smokers will gain weight when they quit, usually less than 10 pounds. Eat a healthy diet and stay active. Do not let weight gain distract you from your main goal, quitting smoking. Some quit-smoking medications may help delay weight gain.
**Bad mood or depression.** There are a lot of ways to improve your mood other than smoking.
If you are having problems with any of these situations, talk to your doctor or other health care provider.

SPECIAL SITUATIONS OR CONDITIONS
Studies suggest that everyone can quit smoking. Your situation or condition can give you a special reason to quit.
**Pregnant women/new mothers:** By quitting, you protect your baby's health and your own.
**Hospitalized patients:** By quitting, you reduce health problems and help healing.
**Heart attack patients:** By quitting, you reduce your risk of a second heart attack.
**Lung, head, and neck cancer patients:** By quitting, you reduce your chance of a second cancer.
**Parents of children and adolescents:** By quitting, you protect your children and adolescents from illnesses caused by second-hand smoke.

QUESTIONS TO THINK ABOUT
Think about the following questions before you try to stop smoking. You may want to talk about your answers with your health care provider.

1. Why do you want to quit?

2. If you tried to quit in the past, what helped and what did not?

3. What will be the most difficult situations for you after you quit? How will you plan to handle them?

4. Who can help you through the tough times? Your family? Friends? Health care provider?

5. What pleasures do you get from smoking? What ways can you still get pleasure if you quit?

Here are some questions to ask your health care provider.

1. How can you help me to be successful at quitting?

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 100937573 | FIN: | | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 | |

## Discharge

2. What medication do you think would be best for me and how should I take it?

3. What should I do if I need more help?

4. What is smoking withdrawal like? How can I get information on withdrawal?

QUITTING TAKES HARD WORK AND A LOT OF EFFORT, BUT YOU CAN QUIT SMOKING.

**Additional Resources**
You may want to contact these organizations for further information on smoking and how to quit.

American Heart Association
7272 Greenville Avenue
Dallas, TX 75231
(800) AHA-USA1 (242-8721)

American Lung Association
1740 Broadway, 14th Floor
New York, NY 10019
(212) 315-8700

American Cancer Society
1599 Clifton Road, NE
Atlanta, GA 30329
(404) 320-3333

National Cancer Institute
Bethesda, MD 20892
(800) 4-CANCER (422-6237)

For pregnant women:       American College of Obstetricians and Gynecologists

409 12th Street, SW
Washington, DC 20024

FOR MORE INFORMATION
The information was taken from *Treating Tobacco Use and Dependence*, a U.S. Public Health Service-sponsored Clinical Practice Guideline. This guideline was developed by a non-Federal panel of experts sponsored by a consortium consisting of Federal Government and nonprofit organizations:
Agency for Healthcare Research and Quality (AHRQ).
Centers for Disease Control and Prevention (CDC).
National Cancer Institute (NCI).
National Heart, Lung, and Blood Institute (NHLBI).
National Institute on Drug Abuse (NIDA).
Robert Wood Johnson Foundation (RWJF).
University of Wisconsin Medical School's Center for Tobacco Research and Intervention (CTRI).

For information about the guideline or to get more copies of this information, call: 800-358-9295, or write:

| | | | |
|---|---|---|---|
| Printed By: Wilson,Jean | Page 12 of 52 | Chart ID: | 167692651 |
| | | Print Date/Time: | 1/9/2020 08:29 EST |

**EINSTEIN HEALTHCARE NETWORK**
Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | |
|---|---|---|---|
| MRN: | 100937573 | FIN: | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 |

## Discharge

Publications Clearinghouse, P.O. Box 8547, Silver Spring, MD 20907
U.S. Department of Health and Human Services, Public Health Service

Document Released: 12/12/2002  Document Re-Released: 03/16/2010
ExitCare® Patient Information ©2010 ExitCare, LLC.

**FREE SMOKING CESSATION CLASSES AT EINSTEIN MEDICAL CENTER MONTGOMERY:**

   + This program is open to anyone who desires to become tobacco free.
   + Save $$. It costs about $2000/year to smoke 1 pack of cigarettes per day.
   + Lower your health risks for illnesses or death from cancer, emphysema, bronchitis, diabetes,
and heart disease.
   + More energy: Less toxins in your blood and better lung function will enable you to be more
active.
**\*\*\*\*\*CALL 484-622-QUIT (7848) TO REGISTER**

Prescription leaflets, if any, will display below
**acetaminophen (oral)**
(a SEET a MIN oh fen)

Actamin, Anacin AF, Apra, Bromo Seltzer, Children's Tylenol, Elixsure Fever/Pain, Little Fevers Children's
Fever/Pain Reliever, Mapap, Medi-Tabs, Q-Pap, Silapap Childrens, Tactinal, Tempra Quicklets, Triaminic Fever &
Pain, Tycolene, Tylenol, Vitapap

## What is the most important information I should know about acetaminophen?
You should not use this medication if you have severe liver disease.

Do not take more of this medication than is recommended. **An overdose of acetaminophen can damage your liver or cause death.**
Call your doctor at once if you have nausea, pain in your upper stomach, itching, loss of appetite, dark urine, clay-colored stools, or
jaundice (yellowing of your skin or eyes).

In rare cases, acetaminophen may cause a severe skin reaction. **Stop taking this medicine and call your doctor right away if you
have skin redness or a rash that spreads and causes blistering and peeling.**

## What is acetaminophen?
There are many brands and forms of acetaminophen available. Not all brands are listed on this leaflet.

| | | | |
|---|---|---|---|
| Printed By:  Wilson,Jean | | Page 13 of 52 | Chart ID:       167692651 |
| | | | Print Date/Time:   1/9/2020 08:29 EST |

**EINSTEIN HEALTHCARE NETWORK**
Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 100937573 | FIN: | | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 | |

## Discharge

Acetaminophen is a pain reliever and a fever reducer.

Acetaminophen is used to treat many conditions such as headache, muscle aches, arthritis, backache, toothaches, colds, and fevers.

Acetaminophen may also be used for purposes not listed in this medication guide.

## What should I discuss with my healthcare provider before taking acetaminophen?

You should not take acetaminophen if you are allergic to it, or if you have severe liver disease.

**Do not take acetaminophen without a doctor's advice if** you have ever had alcoholic liver disease (cirrhosis) or if you drink more than 3 alcoholic beverages per day. You may not be able to take acetaminophen.

Your doctor will determine whether acetaminophen is safe for you to use during pregnancy. **Do not use this medicine without the advice of your doctor if you are pregnant.**

Acetaminophen can pass into breast milk and may harm a nursing baby. Tell your doctor if you are breast-feeding a baby.

Do not give this medicine to a child younger than 2 years old without the advice of a doctor.

## How should I take acetaminophen?

Use exactly as directed on the label, or as prescribed by your doctor. Do not use in larger or smaller amounts or for longer than recommended.

Do not take more of this medication than is recommended. **An overdose of acetaminophen can damage your liver or cause death.**

Measure **liquid** medicine with a special dose-measuring spoon or medicine cup, not with a regular table spoon. If you do not have a dose-measuring device, ask your pharmacist for one.

If you are treating a child, use a pediatric form of acetaminophen. Use only the special dose-measuring dropper or oral syringe that comes with the specific pediatric form you are using. Carefully follow the dosing directions on the medicine label.

**Acetaminophen made for infants is available in two different dose concentrations, and each concentration comes with its own medicine dropper or oral syringe.** These dosing devices are not equal between the different concentrations. Using the wrong device may cause you to give your child an overdose of acetaminophen. **Never mix and match dosing devices between infant formulations of acetaminophen.**

You may need to shake the liquid before each use. Follow the directions on the medicine label.

The **chewable tablet** must be chewed thoroughly before you swallow it.

Make sure your hands are dry when handling the acetaminophen **disintegrating tablet**. Place the tablet on your tongue. It will begin to dissolve right away. Do not swallow the tablet whole. Allow it to dissolve in your mouth without chewing.

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 100937573 | FIN: | | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 | |

## Discharge

To use the acetaminophen **effervescent granules**, dissolve one packet of the granules in at least 4 ounces of water. Stir this mixture and drink all of it right away. To make sure you get the entire dose, add a little more water to the same glass, swirl gently and drink right away.

Stop taking acetaminophen and call your doctor if:

- you still have a fever after 3 days of use;
- you still have pain after 7 days of use (or 5 days if treating a child);
- you have a skin rash, ongoing headache, or any redness or swelling; or
- if your symptoms get worse, or if you have any new symptoms.

This medication can cause unusual results with certain lab tests for glucose (sugar) in the urine. Tell any doctor who treats you that you are using acetaminophen.

Store at room temperature away from heat and moisture.

## What happens if I miss a dose?

Since acetaminophen is taken as needed, you may not be on a dosing schedule. If you are taking the medication regularly, take the missed dose as soon as you remember. Skip the missed dose if it is almost time for your next scheduled dose. **Do not** take extra medicine to make up the missed dose.

## What happens if I overdose?

Seek emergency medical attention or call the Poison Help line at 1-800-222-1222. **An overdose of acetaminophen can be fatal.**

The first signs of an acetaminophen overdose include loss of appetite, nausea, vomiting, stomach pain, sweating, and confusion or weakness. Later symptoms may include pain in your upper stomach, dark urine, and yellowing of your skin or the whites of your eyes.

## What should I avoid while taking acetaminophen?

Ask a doctor or pharmacist before using any other cold, allergy, pain, or sleep medication. Acetaminophen (sometimes abbreviated as APAP) is contained in many combination medicines. **Taking certain products together can cause you to get too much acetaminophen which can lead to a fatal overdose.** Check the label to see if a medicine contains acetaminophen or APAP.

Avoid drinking alcohol. It may increase your risk of liver damage while taking acetaminophen.

## What are the possible side effects of acetaminophen?

Get emergency medical help if you have **signs of an allergic reaction:** hives; difficulty breathing; swelling of your face, lips, tongue, or throat.

**In rare cases, acetaminophen may cause a severe skin reaction that can be fatal.** This could occur even if you have taken acetaminophen in the past and had no reaction. **Stop taking this medicine and call your doctor right away if you have skin redness**

**EINSTEIN HEALTHCARE NETWORK**
Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | |
|---|---|---|---|
| MRN: | 100937573 | FIN: | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male   10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 |

## Discharge

or a rash that spreads and causes blistering and peeling. If you have this type of reaction, you should never again take any medicine that contains acetaminophen.

Stop taking acetaminophen and call your doctor at once if you have:

- nausea, upper stomach pain, itching, loss of appetite;
- dark urine, clay-colored stools; or
- jaundice (yellowing of the skin or eyes).

This is not a complete list of side effects and others may occur. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

## What other drugs will affect acetaminophen?

Other drugs may interact with acetaminophen, including prescription and over-the-counter medicines, vitamins, and herbal products. Tell each of your health care providers about all medicines you use now and any medicine you start or stop using.

## Where can I get more information?

Your pharmacist can provide more information about acetaminophen.

Remember, keep this and all other medicines out of the reach of children, never share your medicines with others, and use this medication only for the indication prescribed.

Every effort has been made to ensure that the information provided by Cerner Multum, Inc. ('Multum') is accurate, up-to-date, and complete, but no guarantee is made to that effect. Drug information contained herein may be time sensitive. Multum information has been compiled for use by healthcare practitioners and consumers in the United States and therefore Multum does not warrant that uses outside of the United States are appropriate, unless specifically indicated otherwise. Multum's drug information does not endorse drugs, diagnose patients or recommend therapy. Multum's drug information is an informational resource designed to assist licensed healthcare practitioners in caring for their patients and/or to serve consumers viewing this service as a supplement to, and not a substitute for, the expertise, skill, knowledge and judgment of healthcare practitioners. The absence of a warning for a given drug or drug combination in no way should be construed to indicate that the drug or drug combination is safe, effective or appropriate for any given patient. Multum does not assume any responsibility for any aspect of healthcare administered with the aid of information Multum provides. The information contained herein is not intended to cover all possible uses, directions, precautions, warnings, drug interactions, allergic reactions, or adverse effects. If you have questions about the drugs you are taking, check with your doctor, nurse or pharmacist.

Copyright 1996-2016 Cerner Multum, Inc. Version: 20.01. Revision Date: 01/11/2016.

# dexamethasone (oral)

(dex a METH a sone)

Baycadron, Dexamethasone Intensol, DexPak 10 Day Taperpak, DexPak 13 DayTaperpak, DexPak 6 DayTaperpak

---

| | | |
|---|---|---|
| Printed By: Wilson, Jean | Page 16 of 52 | Chart ID: 167692651 |
| | | Print Date/Time: 1/9/2020 08:29 EST |

74

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 100937573 | FIN: | | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 | |

## Discharge

## What is the most important information I should know about dexamethasone?

You should not use this medicine if you have a fungal infection anywhere in your body.

Tell your doctor about all your medical conditions, and all the medicines you are using. **There are many other diseases that can be affected by steroid use, and many other medicines that can interact with steroids.**

## What is dexamethasone?

Dexamethasone is a steroid that prevents the release of substances in the body that cause inflammation.

Dexamethasone is used to treat many different conditions such as allergic disorders, skin conditions, ulcerative colitis, arthritis, lupus, psoriasis, or breathing disorders.

Dexamethasone may also be used for purposes not listed in this medication guide.

## What should I discuss with my healthcare provider before taking dexamethasone?

You should not use dexamethasone if you are allergic to it, or if you have:

- a fungal infection anywhere in your body.

Steroid medication can weaken your immune system, making it easier for you to get an infection. Steroids can also worsen an infection you already have, or reactivate an infection you recently had. Before taking this medication, tell your doctor about any illness or infection you have had within the past several weeks.

To make sure dexamethasone is safe for you, tell your doctor if you have:

- liver disease (such as cirrhosis);
- kidney disease;
- a thyroid disorder;
- a history of malaria;
- tuberculosis;
- osteoporosis;
- a muscle disorder such as myasthenia gravis;
- glaucoma or cataracts;
- herpes infection of the eyes;
- stomach ulcers, ulcerative colitis, diverticulitis, inflammatory bowel disease;
- depression or mental illness;

**EINSTEIN HEALTHCARE NETWORK**
Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 100937573 | FIN: | | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 | |

## Discharge

- congestive heart failure; or
- high blood pressure.

Also tell your doctor if you have diabetes. Steroid medicines may increase the glucose (sugar) levels in your blood or urine. You may also need to adjust the dose of your diabetes medications.

It is not known whether this medicine will harm an unborn baby. Tell your doctor if you are pregnant or plan to become pregnant.

Dexamethasone can pass into breast milk and may harm a nursing baby. Tell your doctor if you are breast-feeding a baby.

Steroids can affect growth in children. Tell your doctor if your child is not growing at a normal rate while using this medicine.

## How should I take dexamethasone?

Follow all directions on your prescription label. Your doctor may occasionally change your dose to make sure you get the best results. Do not use this medicine in larger or smaller amounts or for longer than recommended.

Your dose needs may change if you have unusual stress such as a serious illness, fever or infection, or if you have surgery or a medical emergency. Tell your doctor about any such situation that affects you.

This medication can cause unusual results with certain medical tests. Tell any doctor who treats you that you are using dexamethasone.

**Do not stop using dexamethasone suddenly**, or you could have unpleasant withdrawal symptoms. Ask your doctor how to safely stop using this medicine.

Wear a medical alert tag or carry an ID card stating that you take dexamethasone. Any medical care provider who treats you should know that you are using steroid medication.

Store at room temperature away from moisture and heat.

## What happens if I miss a dose?

Call your doctor for instructions if you miss a dose of dexamethasone.

## What happens if I overdose?

Seek emergency medical attention or call the Poison Help line at 1-800-222-1222.

An overdose of dexamethasone is not expected to produce life threatening symptoms. However, **long term use of high steroid doses** can lead to symptoms such as thinning skin, easy bruising, changes in the shape or location of body fat (especially in your face, neck, back, and waist), increased acne or facial hair, menstrual problems, impotence, or loss of interest in sex.

## What should I avoid while taking dexamethasone?

Avoid being near people who are sick or have infections. Call your doctor for preventive treatment if you are exposed to chicken pox or measles. These conditions can be serious or even fatal in people who are using steroid medication.

| | | |
|---|---|---|
| Printed By: Wilson, Jean | Page 18 of 52 | Chart ID: 167692651 |
| | | Print Date/Time: 1/9/2020 08:29 EST |

76

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 100937573 | | FIN: | 35053047 |
| Patient: | POTTS, CORNELIUS D | | Sex/DOB: | Male    10/29/1956 |
| Admission Date: | 3/22/2017 | | Discharge Date: | 3/24/2017 |

## Discharge

**Do not receive a 'live' vaccine while using dexamethasone.** The vaccine may not work as well during this time, and may not fully protect you from disease. Live vaccines include measles, mumps, rubella (MMR), polio, rotavirus, typhoid, yellow fever, varicella (chickenpox), zoster (shingles), and nasal flu (influenza) vaccine.

Avoid drinking alcohol while you are taking dexamethasone.

## What are the possible side effects of dexamethasone?

Get emergency medical help if you have **signs of an allergic reaction:** hives; difficulty breathing; swelling of your face, lips, tongue, or throat.

Call your doctor at once if you have:

- muscle tightness, weakness, or limp feeling;
- problems with your vision;
- shortness of breath (even with mild exertion), swelling, rapid weight gain;
- severe depression, unusual thoughts or behavior;
- a seizure (convulsions);
- bloody or tarry stools, coughing up blood;
- lower back pain, blood in your urine, little or no urination;
- confusion, numbness or tingly feeling around your mouth;
- fast or slow heart rate, weak pulse;
- **a pancreas disorder**--severe pain in your upper stomach spreading to your back, nausea and vomiting, fast heart rate;
- **low potassium**--leg cramps, constipation, irregular heartbeats, fluttering in your chest, increased thirst or urination, numbness or tingling; or
- **dangerously high blood pressure**--severe headache, blurred vision, pounding in your neck or ears, nosebleed, anxiety.

Common side effects may include:

- fluid retention (swelling in your hands or ankles);
- sleep problems (insomnia), mood changes;
- acne, dry skin, thinning skin, bruising or discoloration;
- slow wound healing;
- increased sweating, increased hair growth;

---

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 100937573 | FIN: | | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 | |

## Discharge

- headache, dizziness, spinning sensation;

- nausea, stomach pain, bloating;

- muscle weakness; or

- changes in the shape or location of body fat (especially in your arms, legs, face, neck, breasts, and waist).

This is not a complete list of side effects and others may occur. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

## What other drugs will affect dexamethasone?

**Many drugs can interact with dexamethasone.** Not all possible interactions are listed here. Tell your doctor about all your current medicines and any you start or stop using, especially:

- aspirin (taken on a daily basis or at high doses);

- cyclosporine;

- digoxin;

- an antibiotic such as erythromycin or rifampin;

- antifungal medicine such as ketoconazole;

- birth control pills or hormone replacement therapy;

- a blood thinner such as warfarin (Coumadin, Jantoven);

- a diuretic (water pill);

- glaucoma medication;

- insulin or diabetes medications you take by mouth;

- medicine to treat dementia or Parkinson's disease;

- an NSAID (nonsteroidal anti-inflammatory drug) such as ibuprofen (Advil, Motrin), naproxen (Aleve), celecoxib, meloxicam, and others; or

- seizure medications such as carbamazepine, phenytoin, or phenobarbital.

**This list is not complete and many other drugs can interact with dexamethasone.** This includes prescription and over-the-counter medicines, vitamins, and herbal products. Give a list of all your medicines to any healthcare provider who treats you.

## Where can I get more information?

Your pharmacist can provide more information about dexamethasone.

**EINSTEIN HEALTHCARE NETWORK**
Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 100937573 | FIN: | | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 | |

## Discharge

Remember, keep this and all other medicines out of the reach of children, never share your medicines with others, and use this medication only for the indication prescribed.

Every effort has been made to ensure that the information provided by Cerner Multum, Inc. ('Multum') is accurate, up-to-date, and complete, but no guarantee is made to that effect. Drug information contained herein may be time sensitive. Multum information has been compiled for use by healthcare practitioners and consumers in the United States and therefore Multum does not warrant that uses outside of the United States are appropriate, unless specifically indicated otherwise. Multum's drug information does not endorse drugs, diagnose patients or recommend therapy. Multum's drug information is an informational resource designed to assist licensed healthcare practitioners in caring for their patients and/or to serve consumers viewing this service as a supplement to, and not a substitute for, the expertise, skill, knowledge and judgment of healthcare practitioners. The absence of a warning for a given drug or drug combination in no way should be construed to indicate that the drug or drug combination is safe, effective or appropriate for any given patient. Multum does not assume any responsibility for any aspect of healthcare administered with the aid of information Multum provides. The information contained herein is not intended to cover all possible uses, directions, precautions, warnings, drug interactions, allergic reactions, or adverse effects. If you have questions about the drugs you are taking, check with your doctor, nurse or pharmacist.

Copyright 1996-2017 Cerner Multum, Inc. Version: 6.02. Revision Date: 12/19/2016.

### What is a MY Einstein Health Patient Portal?

It is a free and secure, password protected web-based site called a "portal" that gives you access to your Einstein Healthcare Network medical records including:

- your recent visits
- prescriptions
- lab results
- conditions
- immunization records
- medical procedures and discharge instructions

### Why Is Using MY Einstein Health Important?

- Patient portals are now standard practice at all major health systems.
- Accessing your personal medical records can help you to be more actively involved in your own health care.

---

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 100937573 | | FIN. | 35053047 |
| Patient: | POTTS, CORNELIUS D | | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | | Discharge Date: | 3/24/2017 |

| Discharge |
|---|

- Having access to your family members' health information may help you take care of them more easily.

### How Do I Get Access to MY Einstein Health?

To get started with enrollment to your **My Einstein Health**, ask your health care provider to register you at your next appointment or admission to an Einstein facility. Currently, **My Einstein Health** registration requires an in-person visit to an Einstein Healthcare facility (hospital, doctor offices, out-patient centers, etc.) for security purposes. Creating your account will give you secure, password protected access to your health information and medical records.

Your Health Information Is Private, Secure and Protected
The MY Einstein Health patient portal is a private and secure site. We have safeguards in place to protect your health information.
To make sure that your private health information is safe from unauthorized access:

- **MY Einstein Health** is hosted on a secure connection and accessed via an encrypted, password-protected logon.

- We have auditing feature that keep a record of who accessed your information, what changes were made, and when.

**Please remember YOU need to follow safety tips when accessing the patient portal too.**
**Always remember to protect your username and password from others, and make sure to only log on to MY Einstein Health from a personal or secure computer.**

### How to complete access to your MY Einstein Health patient portal?

1. After you have registered, you will receive an email invitation with further instructions to complete your **MY Einstein Health** account.
   The email you receive will look like this:
   **IQHealth.com < noreply@iqhealth.com > Important Einstein Network Health account information for: YOUR NAME \*\***
   If you do not see the email, be sure to check your SPAM folder!

2. Click on the link in the email to take you to the final steps of creating your account.

3. First, confirm your identity by choosing YOUR NAME on this page.

4. Then, verify your identify by completing your information. You need to remember your security question and answer you created, and confirm that you have read the Terms of Use and Privacy Policy.

5. Once completed, you will be on the first page of your **MY Einstein Health** patient portal.

| | | | |
|---|---|---|---|
| Printed By: Wilson,Jean | Page 22 of 52 | Chart ID: | 167692651 |
| | | Print Date/Time: | 1/9/2020 08:29 EST |

**EINSTEIN HEALTHCARE NETWORK**
Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 100937573 | FIN: | | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 | |

## Discharge

6. Please bookmark the link below to continue accessing Einstein Healthcare Network's online services:
   https://einstein.iqhealth.com/login/cerner-health **
   We look forward to providing you with better access to your healthcare information through this convenient and secure tool.

7. **If you have any questions in signing up or accessing your secure MY Einstein Health patient portal, please call 1-877-621-8014.**

*\*\* Einstein Healthcare Network's electronic medical record vendor, Cerner Corporation, uses IQ Health to provide*

**MY Einstein Health**

## History and Physical

| | |
|---|---|
| Document Name: | ED Observation H&P |
| Performed By: | CORNISH PA-C,JENNIFER L (3/22/2017 13:30 EDT) |
| Signed By: | CORNISH PA-C,JENNIFER L (4/2/2017 17:45 EDT) |
| Authenticated By: | CORNISH PA-C,JENNIFER L (4/2/2017 17:45 EDT); CORNISH PA-C,JENNIFER L (3/22/2017 14:16 EDT); CORNISH PA-C,JENNIFER L (3/22/2017 13:40 EDT); CORNISH PA-C, JENNIFER L (3/22/2017 13:37 EDT) |
| Status: | Auth (Verified) |
| Date of Service: | 3/22/2017 13:28 EDT |
| Subject: | Neurologic problem |

**Neurologic problem**

Patient: **POTTS, CORNELIUS**    MRN: **100937573**    FIN: **35053047**
Age: **60 years**  Sex: **Male**  DOB: **10/29/1956**
Associated Diagnoses: **None**
Author: **CORNISH PA-C, JENNIFER L**

**Basic Information**
   Time seen: Time Seen by First ED Provider
      03/22/17 09:07

   **History source:** Patient.
   **Arrival mode:** Private vehicle.
   **History limitation:** None.

**History of Present Illness**
   The patient presents with left, upper extremity, lower extremity, weakness and altered gait.  The onset was 3 weeks ago.  The course/duration of symptoms is worsening.  Location: pt says he feels weak in both hands and both feet but more pronounced on left side. The character of symptoms is weakness, altered sensation, off-balance, tingling and numbness.  The degree at onset was minimal.  The degree at maximum was moderate.  The degree at present is moderate.  Risk factors consist of diabetes mellitus, hyperlipidemia, hypertension and coronary artery disease.  Prior episodes: none.  Therapy today: none.  Associated symptoms: denies chest pain, denies headache, denies nausea, denies vomiting and denies dizziness.  Baseline status: ambulatory, uses a cane.

---

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 100937573 | FIN: | | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 | |

## History and Physical

Additional history: pt is a 60 y/o M with h/o CAD, htn, dm, hld here with progressive weakness in arms/legs x 3 weeks. pt says that he has had some neck and back pains here and there but over the past 3 weeks he has been experiecning weakness and numbness to his left ue and le more than right side and difficulty walking. to the point that he has fallen 3 times over the past 3 weeks and feels like he is dragging his left leg when he walks. he felt very unsteady this mroning during the normal 10 min walk from car to work so he decided to come in. he has never had symptoms like this. he also feels tingling/numbness in his hands and feet but has been attributing it to diabetic peripheral neuropathy. he has had occasional headaches, changing llocations, and admits to a very mild headache to his frontal region 3/10 currently. no vision changes, neck pains, cp, sob, abdomianl pain, injuries during the falls, n/v/d.pt admits to a productive cough x 1-2 weeks with chills "the other day" but none currently. he smokes 1/2 pack per day.

in ED --> found to have some weakness on left side, had CT brain non con tha twas unremarkable and a neuro consult. dr. bradley recommended MRI of brain/neck and he was found to have severe spinal stenosis c4/c5 with compressive myelopathy and is to be admitted at EMCM for neurosurg consult and medical management with decadron..

### Review of Systems
**Constitutional symptoms:** Negative except as documented in HPI, no fever, no chills, no weakness, no fatigue.
**Eye symptoms:** Negative except as documented in HPI, no recent vision problems, no diplopia, no blurred vision.
**ENMT symptoms:** Negative except as documented in HPI, no ear pain, no sore throat, no nasal congestion.
**Respiratory symptoms:** Cough, no shortness of breath, no orthopnea, Sputum production: Clear.
**Cardiovascular symptoms:** Negative except as documented in HPI, no chest pain, no palpitations, no peripheral edema.
**Gastrointestinal symptoms:** Negative except as documented in HPI, no abdominal pain, no nausea, no vomiting, no diarrhea.
**Musculoskeletal symptoms:** No back pain, no Muscle pain.
**Neurologic symptoms:** Headache, numbness, tingling, weakness, no dizziness, no altered level of consciousness.

### Health Status
Allergies:
Allergic Reactions (Selected)
  Severity Not Documented
    ACE inhibitors- No reactions were documented.
    Shellfish- No reactions were documented..
Medications: (Selected)
  Prescriptions
    Prescribed
      Glucometer Strips (DME): See Instructions, FREESTYLE TEST STRIPS  CHECK BS TID, # 1 box(es), 11 Refill(s), Pharmacy: CVS/pharmacy #3011
      Imdur 60 mg oral tablet, extended release: 60 mg = 1 tab(s), Oral, breakfast, # 30 tab(s), 0 Refill(s), other reason (Rx)
      Invokana 100 mg oral tablet: 100 mg = 1 tab(s), Oral, daily, # 90 tab(s), 3 Refill(s), Pharmacy: CVS/pharmacy #3011
      Januvia 100 mg oral tablet: 100 mg = 1 tab(s), Oral, daily, # 90 tab(s), 3 Refill(s), Pharmacy: CVS/pharmacy #3011
      Lipitor 80 mg oral tablet: 80 mg = 1 tab(s), Oral, HS, # 30 tab(s), 0 Refill(s)
      amLODIPine 10 mg oral tablet: 10 mg = 1 tab(s), Oral, daily, # 30 tab(s), 0 Refill(s)
      clopidogrel 75 mg oral tablet: 75 mg = 1 tab(s), Oral, daily, # 30 tab(s), 0 Refill(s)
      colchicine 0.6 mg oral capsule: 0.6 mg = 1 cap(s), Oral, daily, # 5 cap(s), 0 Refill(s)
      glipiZIDE 5 mg oral tablet: 5 mg = 1 tab(s), Oral, daily, # 90 tab(s), 3 Refill(s), Pharmacy: CVS/pharmacy #3011
      labetalol 200 mg oral tablet: 400 mg = 2 tab(s), Oral, bid, # 120 tab(s), 0 Refill(s), other reason (Rx)
      nitroglycerin 0.4 mg sublingual tablet: 0.4 mg = 1 tab(s), SL, q5 min. interval, PRN Chest Pain, # 100 tab(s), 0 Refill(s)
  Documented Medications
    Documented
      Ranexa 500 mg oral tablet, extended release: 500 mg = 1 tab(s), Oral, bid, 0 Refill(s)
      aspirin: 81 mg, Chewed, daily, 0 Refill(s)
      famotidine 20 mg oral tablet: 20 mg = 1 tab(s), Oral, bid, # 60 tab(s), 0 Refill(s)
      hydrochlorothiazide 25 mg oral tablet: 50 mg = 2 tab(s), Oral, daily, 0 Refill(s).

### Past Medical/ Family/ Social History

Medical history
  Cardiovascular: coronary artery disease, hypertension, hyperlipidemia.

---

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 100937573 | FIN: | | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 | |

## History and Physical

Endocrine: diabetes type 2.
**Surgical history:** Cardiac stents, angioplasty.
**Social history:** Alcohol use: Denies, Tobacco use: Regularly, smokes 0.5 pack(s) per day, for the last 20 years, Drug use: Denies, Occupation: Employed, Family/social situation: Married.
**Problem list:**
All Problems (Selected)
CAD (coronary artery disease) / SNOMED CT 89331010 / Confirmed
Gout / SNOMED CT 150085018 / Confirmed
Hypertension / SNOMED CT 1215744012 / Confirmed
Enlarged prostate / SNOMED CT 372404018 / Confirmed
Hypercholesterolemia without hypertriglyceridemia / SNOMED CT 398853012 / Confirmed
Renal mass, right / SNOMED CT 452430019 / Confirmed
H/O heart artery stent / SNOMED CT 1480321017 / Confirmed
Diabetes type 2, uncontrolled / SNOMED CT ACE77C9A-202B-4D27-97AB-70F7A7249902 / Confirmed.

**Physical Examination**

**Vital Signs**
Vital Signs

| 3/22/2017 8:28 EDT | Temperature Oral | 36.6 DegC |
|---|---|---|
| | Heart Rate Monitored | 84 bpm |
| | Respiratory Rate | 18 br/min |
| | **Systolic Blood Pressure** | 142 mmHg  HI |
| | Diastolic Blood Pressure | 83 mmHg |

Measurements

| 3/22/2017 8:28 EDT | Height/Length Measured | 190 cm |
|---|---|---|
| | Weight Measured | 130 kg |
| | Body Mass Index Measured | 36 kg/m2 |

Basic Oxygen Information
3/22/2017 8:28 EDT      SpO2           100 % .
**General:** Alert, no acute distress.
**Skin:** Warm, dry, intact.
**Head:** Normocephalic, atraumatic.
**Neck:** Supple, no tenderness, full painless rom.
**Eye:** Pupils are equal, round and reactive to light, normal conjunctiva.
**Ears, nose, mouth and throat:** Oral mucosa moist, no pharyngeal erythema or exudate.
**Cardiovascular:** Regular rate and rhythm, No murmur, Normal peripheral perfusion, No edema.
**Respiratory:** Lungs are clear to auscultation, respirations are non-labored, breath sounds are equal, Symmetrical chest wall expansion.
**Chest wall:** No tenderness, No deformity.
**Gastrointestinal:** Soft, Nontender, Normal bowel sounds, Obese, Guarding: Negative, Rebound: Negative.
**Neurological:** Alert and oriented to person, place, time, and situation, CN II-XII intact, normal speech observed, Sensory: Left upper extremity, left lower extremity, diminished, to touch, Coordination: slightly wide based gait, unsteady but able to walk with cane and assistance; , Gait: Wide-based.
**Psychiatric:** Cooperative.

**Medical Decision Making**
Documents reviewed: Emergency department nurses' notes.
Results review: Lab results : Lab View

| 3/22/2017 10:37 EDT | Estimated Creatinine Clearance | 113.81 |
|---|---|---|
| 3/22/2017 10:07 EDT | **Glucose POC** | **159 mg/dL  HI** |

---

| Printed By: Wilson, Jean | Page 25 of 52 | Chart ID: | 167692651 |
|---|---|---|---|
| | | Print Date/Time: | 1/9/2020 08:29 EST |

83

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | |
|---|---|---|---|
| MRN: | 100937573 | FIN: | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 |

## History and Physical

3/22/2017 9:27 EDT

| | |
|---|---|
| Sodium Lvl | 142 mmol/L |
| Potassium Lvl | 4.8 mmol/L |
| Chloride Lvl | 105 mmol/L |
| CO2 | 25 mmol/L |
| BUN | 18 mg/dL |
| Creatinine Lvl | 1.0 mg/dL |
| Calcium Lvl | 9.8 mg/dL |
| GFR AA | >60 mL/min/1.73m2  NA |
| GFR Non AA | >60 mL/min/1.73m2  NA |
| AGAP | 12.0 mEq/L |
| **Glucose Random** | **169 mg/dL  HI** |
| WBC | 7.4 x10^3/mcL |
| RBC | 5.47 x10^6/mcL |
| Hgb | 15.5 gm/dL |
| Hct | 45.7 % |
| RDW | 13.8 % |
| MCH | 28.3 pg |
| MCHC | 33.9 gm/dL |
| MCV | 83.5 fL |
| **MPV** | **10.8 fL  HI** |
| Platelet | 171 x10^3/mcL |
| Neutro Auto | 63.2 % |
| Lymph Auto | 23.0 % |
| Mono Auto | 9.2 % |
| **Eos Auto** | **3.7 %  HI** |
| Basophil Auto | 0.4 % |
| Neutro Absolute | 4.6 x10^3/mcL |
| Lymph Absolute | 1.7 x10^3/mcL |
| Mono Absolute | 0.7 x10^3/mcL |
| Eos Absolute | 0.3 x10^3/mcL |
| Baso Absolute | 0.0 x10^3/mcL |

, Interpretation.
**Head Computed Tomography:** IMPRESSION:

No acute intracranial hemorrhage or transcortical infarction. MRI is
more
sensitive for acute ischemia.

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 100937573 | FIN: | | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 | |

### History and Physical

Mild probable sequela of chronic small vessel ischemia and volume loss.

**Radiology results:** Magnetic Resonance Imaging, Interpretation: IMPRESSION:

No acute intracranial abnormality. Focal left posterior inferior temporal
encephalomalacia, may be sequela of prior ischemia or trauma. Mild probable
sequela of chronic small vessel ischemia and volume loss.

Advanced multilevel spondylosis of the cervical spine as described above, with
severe spinal canal stenosis at C4-5 and associated abnormal cord signal at this
level compatible with compressive myelopathy. Moderate spinal canal stenosis at
C2-C3, C3-4, and moderate to severe spinal canal stenosis at C5-6.

Multilevel neural foraminal narrowing, moderate left greater than right at C2-3,
moderate to severe right greater than left at C3-4, severe right greater than
left at C4-5, moderate to severe left greater than right at C5-6, moderate to
severe right and moderate left at C6-7, and moderate on the right at
C7-T1..

**Impression and Plan**
  Cervical spinal stenosis - Discharge, Medical
  **Discharge plan**
    Condition: Stable.
    Notes: 60 y/o M with left sided weakness, numbness and difficulty walking with freq falls with MRI showing cervical spinal stenosis to be admitted for
         neurosurg consult, neuro checks, and medical management at this point
    1. cervical stenosis
        - decadron, neuro checks, neurosurg consult
    2. htn/hld
        - continue meds
    3. dm
        - insulin ss, accuchecks
    4. cad/mi
    - continue meds.

---

EINSTEIN HEALTHCARE NETWORK

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | |
|---|---|---|---|
| MRN: | 100937573 | FIN: | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male   10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 |

## Inpatient Clinical Summary

| | |
|---|---|
| Document Name: | Clinical Summary |
| Performed By: | Sinkoff DO,Michael (3/24/2017 17:41 EDT) |
| Signed By: | Sinkoff DO,Michael (3/24/2017 17:41 EDT); Patel BSCN/BSN,Sheetal (3/24/2017 16:04 EDT); Patel BSCN/BSN,Sheetal (3/24/2017 16:04 EDT); Patel BSCN/BSN,Sheetal (3/24/2017 16:04 EDT); Yaeger PA-C,Sean Christopher (3/24/2017 08:19 EDT) |
| Authenticated By: | Sinkoff DO,Michael (3/24/2017 17:41 EDT) |
| Status: | Modified |
| Date of Service: | 3/24/2017 17:41 EDT |
| Subject: | Inpatient Clinical Summary |

Inpatient Clinical Summary

# Einstein Healthcare Network

### Einstein Medical Center Montgomery
### 559 West Germantown Pike
### East Norriton, PA 19403
### (484) 622-1000

## Clinical Summary/Transition of Care

Take this form and your medication schedule to all your follow-up appointments with your primary doctor, specialist, and/or clinic.

**Date of Admission:** 3/22/2017 8:26 AM
**Current Date/Time:** 3/24/2017 17:41:38
**Visit Summary For** CORNELIUS POTTS
We would like to thank you for allowing us to assist you with your healthcare needs. Our entire staff strives to provide an excellent experience for our patients and their families. The following includes information regarding your visit.

**Age:** 60 years   **Sex:** Male   **DOB:** 10/29/1956   **MRN:** 100937573
**Address:** 1630 PINE ST NORRISTOWN, PA 19401
**Home:** (267) 736-7824   **Work:** (267)736-7824   **Mobile:** --
**Primary Care Provider:** Graf DO, Andrew
**Race:** Black or African American   **Ethnicity:** Not Hispanic or Latino
**Language:** English
**Health Plan:** 1°BLUE CROSS OUT OF AREA

## Diagnoses This Visit

| | | | |
|---|---|---|---|
| Printed By: Wilson,Jean | Page 28 of 52 | Chart ID: | 167692651 |
| | | Print Date/Time: | 1/9/2020 08:29 EST |

86

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 100937573 | FIN: | | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 | |

## Inpatient Clinical Summary

Cervical spinal stenosis (M48.02)
Cervical stenosis of spine (M48.02)
Coronary artery disease (I25.10)
Neurologic problem (561C060A-C427-4986-8D04-812BE1832F4B)
Weakness or fatigue (4625BEB1-9B7F-49CE-995B-76DFB08D87FA)

**Problems**
  **Active**
    Coronary artery disease
    Obesity
    Enlarged prostate
    CAD (coronary artery disease)
    H/O heart artery stent
    Renal mass, right
    Hypertension
    Gout
    Diabetes type 2, uncontrolled
    Hypercholesterolemia without hypertriglyceridemia

**Procedures**
  No Procedures Documented

**Assessment and Plan:** pt presented with altered gait and LE weakness. Found to have significant cervical myelopathy. Neuro and neurosurgery evaluated and plans for OR next week. Cardio and endocrine consulted to assist with preop, clear for surgery. Pt requested to be discharged to home. Will continue decadron taper and f/u with neurosurgery for operative planning

**Resuscitation Status:**

**Allergies**
  shellfish (rash) (hives)
  ACE inhibitors (coma) (anaphlyaxis)

**PCP:** Graf DO, Andrew    **PCP Phone:** 6102728221

**Admitting Physician:** Graf DO, Andrew    **Attending:** Graf DO, Andrew

**Consulting Physician(s):** HAMAKER, LISA L; Lipshutz MD, Hugh; Fredd MD, Scott; UnknownPhysician, UnknownUnknownPhysician; Janke DO, FACC, Albert; Blackstone ABIM, Sherri E

## Transfer to Facility

**Transferred to :** Home

**Accepting Physician:**

**Report Given To:**

| | | |
|---|---|---|
| Printed By: Wilson,Jean | Page 29 of 52 | Chart ID: 167692651 |
| | | Print Date/Time: 1/9/2020 08:29 EST |

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | |
|---|---|---|---|
| MRN: | 100937573 | FIN: | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male      10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 |

## Inpatient Clinical Summary

**Reason for Transfer:**

**Nursing Unit/Phone:**

**Isolation:** No

**Patient at Risk for:** Fall

**Oxygen Therapy:** Room air          **FIO2/Flowrate:**

**Bladder Management:** Continent

    **Catheter Size:**

    **Date of Last Catheter Change:**

**Bowel Management:** Continent

    **Date of last Bowel Movement:**

    **Bowel Routine:**

**Skin Condition:** No problem

    **Location/Treatment Details:**

    **Date Sutures/Staples to be Removed:**

**IV Access:** D/C Iv with dry gauze dressing

**Mental status/Behavior:** Alert

**Orientation:** Oriented x 3

**Communication Limitations:** Speaks, Understands

**Functional Assessment**

| | | |
|---|---|---|
| **Weight Bearing Status:** | **Mobility:** Transfer assistance | **Impairments:** Other: weakness |
| **Transfer:** Maximum assistance | **Safety Concerns:** | **Date of Last Fall:** |
| **Bathing:** Maximum assistance | **Dressing:** Moderate assistance | **Shave:** |
| **Oral Care:** Independent | **Meals:** Moderate assistance | **Feeding Tube:** |

**Therapy Recommendations:**

**Evaluate and Treat:**

**Continue:**

## Hospital Stay Information

# Vitals and Measurements this Visit (last charted value for your 03/22/2017 visit)

**Vital Signs This Visit**

Temperature Oral: 37.2 DegC

---

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 100937573 | FIN: | | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 | |

## Inpatient Clinical Summary

Apical Heart Rate: 68 bpm
Peripheral Pulse Rate: 71 bpm
Heart Rate Monitored: 84 bpm
Respiratory Rate: 16 br/min
Blood Pressure: 129/71 mmHg
Mean Arterial Pressure, Cuff: 90 mmHg

Measurements This Visit
Height/Length: 190 cm
Weight: 139.1 kg
Weight Method: Measured weight
Ideal Body Weight: 89 kg
Percent Ideal Weight: 156 %
BSA Measured: 2.71
Body Mass Index: 38.5 kg/m2

Call for Results:
Tests to be Done after Discharge:
**Laboratory or Other Results This Visit** (last charted value for your 03/22/2017 visit)

### Hematology
03/23/2017 7:44 AM
**Eos Auto:** 0.0 % -- Normal range between ( 0.0 and 3.0 )
**Hct:** 44.7 % -- Normal range between ( 39.0 and 53.0 )
**Hgb:** 15.2 gm/dL -- Normal range between ( 14.0 and 18.0 )
**Lymph Auto:** 8.9 % -- Normal range between ( 22.0 and 44.0 )
**MCH:** 28.1 pg -- Normal range between ( 25.0 and 35.0 )
**MCHC:** 34.0 gm/dL -- Normal range between ( 31.0 and 37.0 )
**MCV:** 82.8 fL -- Normal range between ( 80.0 and 99.0 )
**Mono Auto:** 3.7 % -- Normal range between ( 1.9 and 11.4 )
**MPV:** 10.5 fL -- Normal range between ( 7.4 and 10.4 )
**Neutro Auto:** 86.6 % -- Normal range between ( 44.0 and 79.0 )
**Platelet:** 167 x10^3/mcL -- Normal range between ( 140 and 450 )
**RBC:** 5.40 x10^6/mcL -- Normal range between ( 4.70 and 6.10 )
**RDW:** 13.7 %
**Basophil Auto:** 0.1 % -- Normal range between ( 0.0 and 1.0 )
**WBC:** 11.8 x10^3/mcL -- Normal range between ( 4.0 and 11.0 )
**Mono Absolute:** 0.4 x10^3/mcL -- Normal range between ( 0.0 and 1.2 )

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | |
|---|---|---|---|
| MRN: | 100937573 | FIN: | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male   10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 |

## Inpatient Clinical Summary

**Eos Absolute:** 0.0 x10^3/mcL -- Normal range between ( 0.0 and 0.6 )
**Baso Absolute:** 0.0 x10^3/mcL -- Normal range between ( 0.0 and 0.1 )
**Neutro Absolute:** 10.2 x10^3/mcL -- Normal range between ( 1.7 and 8.4 )
**Lymph Absolute:** 1.0 x10^3/mcL -- Normal range between ( 0.4 and 4.2 )

**Chemistry**
  03/24/2017  11:03 AM
    **Glucose POC:** 249 mg/dL -- Normal range between ( 74 and 99 )
    **.Glucose POC:** .Glucose POC
  03/23/2017  10:54 AM
    **Estimated Creatinine Clearance:** 117.85
  03/23/2017  7:44 AM
    **Creatinine Lvl:** 1.0 mg/dL -- Normal range between ( 0.7 and 1.3 )
    **Calcium Lvl:** 9.6 mg/dL -- Normal range between ( 8.4 and 10.2 )
    **Sodium Lvl:** 141 mmol/L -- Normal range between ( 137 and 145 )
    **Potassium Lvl:** 4.5 mmol/L -- Normal range between ( 3.5 and 5.1 )
    **Chloride Lvl:** 103 mmol/L -- Normal range between ( 98 and 107 )
    **CO2:** 27 mmol/L -- Normal range between ( 22 and 30 )
    **AGAP:** 11.0 mEq/L -- Normal range between ( 5.0 and 15.0 )
    **Hgb A1c:** 8.6 %
    **BUN:** 18 mg/dL -- Normal range between ( 9 and 20 )
    **Glucose Random:** 209 mg/dL -- Normal range between ( 74 and 99 )
    **GFR Non AA:** >60 mL/min/1.73m2
    **GFR AA:** >60 mL/min/1.73m2
    **Est Avg Glucose:** 200

**Send Out Tests**
  03/23/2017  3:13 PM
    **Add On Procedure:** Processed

**Computed Tomography**
  03/22/2017  9:43 AM
    **CT Head or Brain w/o Contrast:** CT Head or Brain w/o Contrast

**Diagnostic Radiology**
  03/22/2017  9:58 AM
    **GD Chest 2 Views:** GD Chest 2 Views

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 100937573 | FIN: | | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 | |

## Inpatient Clinical Summary

### Magnetic Resonance Imaging
03/22/2017 12:11 PM
**MRI Brain/ Cervical Spine w/o Contrast:** MRI Brain/ Cervical Spine w/o Contrast
*Only names of radiology studies completed displays. Please se medical record for results.

## Medication Instructions

**Final Medication List**
CVS/pharmacy #3011, 1799 DEKALB PIKE BLUE BELL, PA 19422, (610) 239 - 1686

canagliflozin (Invokana 100 mg oral tablet) 1 tab(s), Oral, every day, Refills: 3

sitaGLIPtin (Januvia 100 mg oral tablet) 1 tab(s), Oral, every day, Refills: 3

Prescription sent to:

amLODIPine (amLODIPine 10 mg oral tablet) 1 tab(s), Oral, every day, Refills: 0

atorvastatin (Lipitor 80 mg oral tablet) 1 tab(s), Oral, at bedtime, Refills: 0

dexamethasone (dexamethasone 2 mg oral tablet) , See Instructions, 3 tabs oral BID x 2 days, then
2 tabs oral BID x 2 days, then
1 tab oral BID x 2 days, then
1 tab oral daily x 2 days, then STOP, Refills: 0

nitroglycerin (nitroglycerin 0.4 mg sublingual tablet) 1 tab(s), Sublingual, every 5 minutes, As Needed, Chest Pain, Refills: 0

**Other Medications**

acetaminophen (acetaminophen 325 mg oral tablet) 2 tab(s), Oral, every 6 hours, As Needed, Fever, Refills: 0

allopurinol (allopurinol 100 mg oral tablet) 2 tab(s), Oral, every day, Refills: 0

cholecalciferol (Vitamin D3) 1 tab(s), Oral, every day, Refills: 0

docusate (Colace 100 mg oral capsule) 1 cap(s), Oral, 2 times a day, Refills: 0

famotidine (famotidine 20 mg oral tablet) 1 tab(s), Oral, 2 times a day, Refills: 0

glipiZIDE (GlipiZIDE XL 10 mg oral tablet, extended release) 1 tab(s), Oral, every day, Refills: 0

hydroCHLOROthiazide (hydrochlorothiazide 25 mg oral tablet) 1 tab(s), Oral, every day, Refills: 0

insulin glargine (Toujeo SoloStar 300 units/mL subcutaneous solution) 10 unit(s), Subcutaneous, lunch, take around 1pm, do not
wait til night time.  If you prefer a different time, you can change the time each day by 2 hours until you reach the desired time.
rotate injection sites, 30 day(s), Refills: 0

isosorbide mononitrate (Imdur 60 mg oral tablet, extended release) 1 tab(s), Oral, breakfast, Refills: 0

---

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 100937573 | FIN: | | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 | |

## Inpatient Clinical Summary

labetalol (labetalol 200 mg oral tablet) 1 tab(s), Oral, every day, Refills: 0

ranolazine (Ranexa 500 mg oral tablet, extended release) 1 tab(s), Oral, 2 times a day, As Needed, as needed, Refills: 0

## Detailed Instructions

**Prescriptions: Provided to patient/caregiver**

**NEW Medications**

**Prescription sent to:**

dexamethasone (dexamethasone 2 mg oral tablet) , See Instructions, 3 tabs oral BID x 2 days, then

2 tabs oral BID x 2 days, then

1 tab oral BID x 2 days, then

1 tab oral daily x 2 days, then STOP, Refills: 0

Last Dose:_____Next Dose:_____

**Other Medications**

acetaminophen (acetaminophen 325 mg oral tablet) 2 tab(s), Oral, every 6 hours, As Needed, Fever, Refills: 0

Last Dose:_____Next Dose:_____

docusate (Colace 100 mg oral capsule) 1 cap(s), Oral, 2 times a day, Refills: 0

Last Dose:_____Next Dose:_____

insulin glargine (Toujeo SoloStar 300 units/mL subcutaneous solution) 10 unit(s), Subcutaneous, lunch, take around 1pm, do not wait til night time.  If you prefer a different time, you can change the time each day by 2 hours until you reach the desired time. rotate injection sites, 30 day(s), Refills: 0

Last Dose:_____Next Dose:_____

**CONTINUE taking these medications (No changes)**

**CVS/pharmacy #3011, 1799 DEKALB PIKE BLUE BELL, PA 19422, (610) 239 - 1686**

canagliflozin (Invokana 100 mg oral tablet) 1 tab(s), Oral, every day, Refills: 3

Last Dose:_____Next Dose:_____

sitaGLIPtin (Januvia 100 mg oral tablet) 1 tab(s), Oral, every day, Refills: 3

Last Dose:_____Next Dose:_____

**Prescription sent to:**

amLODIPine (amLODIPine 10 mg oral tablet) 1 tab(s), Oral, every day, Refills: 0

---

| | | |
|---|---|---|
| Printed By: Wilson,Jean | Page 34 of 52 | Chart ID:   167692651 |
| | | Print Date/Time:   1/9/2020 08:29 EST |

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 100937573 | FIN: | | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 | |

## Inpatient Clinical Summary

Last Dose:_____ Next Dose:_____

**atorvastatin (Lipitor 80 mg oral tablet)** 1 tab(s), Oral, at bedtime, Refills: 0

Last Dose:_____ Next Dose:_____

**nitroglycerin (nitroglycerin 0.4 mg sublingual tablet)** 1 tab(s), Sublingual, every 5 minutes, As Needed, Chest Pain, Refills: 0

Last Dose:_____ Next Dose:_____

**Other Medications**

**allopurinol (allopurinol 100 mg oral tablet)** 2 tab(s), Oral, every day, Refills: 0

Last Dose:_____ Next Dose:_____

**cholecalciferol (Vitamin D3)** 1 tab(s), Oral, every day, Refills: 0

Last Dose:_____ Next Dose:_____

**famotidine (famotidine 20 mg oral tablet)** 1 tab(s), Oral, 2 times a day, Refills: 0

Last Dose:_____ Next Dose:_____

**glipiZIDE (GlipiZIDE XL 10 mg oral tablet, extended release)** 1 tab(s), Oral, every day, Refills: 0

Last Dose:_____ Next Dose:_____

**hydroCHLOROthiazide (hydrochlorothiazide 25 mg oral tablet)** 1 tab(s), Oral, every day, Refills: 0

Last Dose:_____ Next Dose:_____

**isosorbide mononitrate (Imdur 60 mg oral tablet, extended release)** 1 tab(s), Oral, breakfast, Refills: 0

Last Dose:_____ Next Dose:_____

**labetalol (labetalol 200 mg oral tablet)** 1 tab(s), Oral, every day, Refills: 0

Last Dose:_____ Next Dose:_____

**ranolazine (Ranexa 500 mg oral tablet, extended release)** 1 tab(s), Oral, 2 times a day, As Needed, as needed, Refills: 0

Last Dose:_____ Next Dose:_____

**STOP taking these medications**

**aspirin** 81 mg, Chewed, every day, Refills: 0

**clopidogrel (clopidogrel 75 mg oral tablet)** 1 tab(s), Oral, every day, Refills: 0

**colchicine (colchicine 0.6 mg oral capsule)** 1 cap(s), Oral, every day, 5 day(s), Refills: 0

**diphenhydrAMINE (Diphenhist 25 mg oral tablet)** 1 tab(s), Oral, every day, As Needed, as needed for allergy symptoms, Refills: 0

## Additional Medication Instructions:

| | | |
|---|---|---|
| Printed By: Wilson,Jean | Page 35 of 52 | Chart ID: 167692651 |
| | | Print Date/Time: 1/9/2020 08:29 EST |

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 100937573 | FIN: | | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 | |

## Inpatient Clinical Summary

**Reason Aspirin Not Ordered (if applicable):**
**Reason Beta Blocker Not Ordered (if applicable):**
**Reason ACE-I/ARB Not Ordered (if applicable):**
**Reason Statin Not Ordered (if applicable):**

# Discharge Instructions

**Diet Instructions:** Carbohydrate controlled, Low fat/Low cholesterol
**Physical Activity Instructions:** No driving, No exercise until after further contact with the physician
**Wound/Drain Care:**
**Other discharge Instructions:** DIABETES CARE:  Your sugars will be in flux as you adjust from hospital to home life.  It can rise from increased carbohydrate intake, more sedentary activity, illness, stress, steroids, and weight gain.  (Now that you are on steroids, you are requiring more medication so we are going to restart the toujeo.)  Your sugar can lower with increased activity, less carbohydrate intake, weight loss.  If we can control your sugars better we can decrease the damage to your nerves and blood vessels, may be able to decrease the pain from neuropathy, and can prevent further nerve damage and blood vessel damage from occurring.

The only way to control diabetes is to know what the sugars are.  The only way to know what they are is to check them.  Use the sides of your finger pads for lower pain (the nerve endings are more on the finger pads, for the sense of touch).  Check your sugars before meals, at bedtime, and as needed if symptoms develop.  Call Lisa Hamaker MD or Diana Isala NP for sugars less than 100 or more than 200 for medication adjustment.

SUGAR IS BLOCKAGE.  There is no set dose of medication for diabetes.  Your blood sugar requirements can change over time.  As you get older, your pancreas ages too.   You are welcome to call Diana Isaia NP at 610.941.6799 should you have any questions regarding your sugars.

**Other Referrals:**
**Home Care Arrangements:**
**Home Care Services Begin:**
**Home Infusion Agency:**
**Hospice Agency:**
**SNF/Boarding Home:**
**Equipment Company Information:** Montgomery Medical 610-630-6357
      **Equipment Ordered:** Rolling walker to bedside
      **Delivery Date:**
**Occupational Therapist's Recommendations:**
**Physical Therapist's Recommendations:**
**Speech Therapist's Recommendations:**

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 100937573 | FIN: | | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 | |

## Inpatient Clinical Summary

**Additional Information:**
**Handouts Received:** Spinal Stenosis, Easy-to-Read;  Smoking Cessation (GLASSADR)

**Smoking Status**
    Current every day smoker
Current every day smoker


No Immunizations Given
**Reason Pneumococcal Vaccine Not Given:**

**Reason Influenza Vaccine Not Given:**

## Follow up Appointments

| **With:** | **Address:** | **When:** |
|---|---|---|
| LISA HAMAKER | 633 W. Germantown Avenue, Suite 105 Plymouth Meeting, PA  19462 4846226400 Business (1) | 6/7/2017 09:00:00 |

| **With:** | **Address:** | **When:** |
|---|---|---|
| Mandy Binning | Global Neurosciences Institute, 750 Brunswick Avenue, 1 Front North Trenton, NJ  08638 (844) 464-6387 Business (1) | Within 3 to 5 days |


## Chemistry

@=abnormal | C=critical | L=low | H=high | #=corrected | f=result comment | *=interp. data | O=order comment | R=ref. lab | T=text result

**Routine Chemistry**

| Procedure | Collected Date 3/22/2017 Collected Time 09:27 EDT | 3/22/2017 10:07 EDT | 3/22/2017 10:37 EDT | 3/22/2017 14:27 EDT | Reference Range | Units |
|---|---|---|---|---|---|---|
| Sodium Lvl | 142 R1 | - | - | - | [137-145] | mmol/L |
| Potassium Lvl | 4.6 R1 | - | - | - | [3.5-5.1] | mmol/L |
| Chloride Lvl | 105 R1 | - | - | - | [98-107] | mmol/L |
| CO2 | 25 R1 | - | - | - | [22-30] | mmol/L |

| | | | |
|---|---|---|---|
| Printed By:  Wilson,Jean | Page 37 of 52 | Chart ID: | 167692651 |
| | | Print Date/Time: | 1/9/2020 08:29 EST |

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery

559 West Germantown Pike
East Norriton, PA 19403-

| | | | |
|---|---|---|---|
| MRN: | 100937573 | FIN: | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male   10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 |

## Chemistry

@=abnormal | C=critical | L=low | H=high | #=corrected | f=result comment | *=interp. data | O=order comment | R=ref. lab | T=text result

### Routine Chemistry

| Procedure | Collected Date 3/22/2017 Collected Time 09:27 EDT | 3/22/2017 10:07 EDT | 3/22/2017 10:37 EDT | 3/22/2017 14:27 EDT | Reference Range | Units |
|---|---|---|---|---|---|---|
| BUN | 18 RI | - | - | - | [9-20] | mg/dL |
| Creatinine Lvl | 1.0 RI | - | - | - | [0.7-1.3] | mg/dL |
| Calcium Lvl | 9.8 RI | - | - | - | [8.4-10.2] | mg/dL |
| GFR AA | >60 RI | - | - | - | | mL/min/1.73m2 |
| GFR Non AA | >60 RI | - | - | - | | mL/min/1.73m2 |
| Estimated Creatinine Clearance | | | 113.81 H | 113.81 f2 | | |
| AGAP | 12.0 RI | - | - | - | [5.0-15.0] | mEq/L |
| Glucose Random | 169 H RI | - | - | - | [74-99] | mg/dL |
| Glucose POC | | 159 H | - | - | [74-99] | mg/dL |

Result Comments

f1:   Estimated Creatinine Clearance
The estimated creatinine clearance 113.81, was calculated using the following values;

Creatinine Lvl = 1.0 mg/dL, as of March 22, 2017 09:27:00 EDT

Weight Measured = 130 Kg, as of March 22, 2017 08:28:00 EDT

Height/Length Measured = 190 cm, as of March 22, 2017 08:28:00 EDT

f2:   Estimated Creatinine Clearance
The estimated creatinine clearance 113.81, was calculated using the following values;

Creatinine Lvl = 1.0 mg/dL, as of March 22, 2017 09:27:00 EDT

Weight Measured = 130 Kg, as of March 22, 2017 09:04:00 EDT

Height/Length Measured = 190 cm, as of March 22, 2017 09:04:00 EDT

| Procedure | Collected Date 3/22/2017 Collected Time 16:04 EDT | 3/22/2017 16:11 EDT | 3/22/2017 17:30 EDT | 3/22/2017 20:41 EDT | Reference Range | Units |
|---|---|---|---|---|---|---|
| Estimated Creatinine Clearance | 117.85 f3 | 117.85 f3 | | | | |
| Glucose POC | - | - | 165 H | 290 H | [74-99] | mg/dL |

Result Comments

f3:   Estimated Creatinine Clearance
The estimated creatinine clearance 117.85, was calculated using the following values;

Creatinine Lvl = 1.0 mg/dL, as of March 22, 2017 09:27:00 EDT

---

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | |
|---|---|---|---|
| MRN: | 100937573 | FIN: | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male   10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 |

## Chemistry

@=abnormal | C=critical | L=low | H=high | #=corrected | f=result comment | *=interp. data | O=order comment | R=ref. lab | T=text result

### Routine Chemistry

Result Comments
f3:     Estimated Creatinine Clearance

Weight Measured = 139.1 Kg, as of March 22, 2017 16:01:00 EDT

Height/Length Measured = 190 cm, as of March 22, 2017 16:01:00 EDT

| Procedure | Collected Date Collected Time | 3/23/2017 06:28 EDT | 3/23/2017 07:44 EDT | 3/23/2017 08:28 EDT | 3/23/2017 10:54 EDT | Reference Range | Units |
|---|---|---|---|---|---|---|---|
| Sodium Lvl | | - | 141$^{RI}$ | - | - | [137-145] | mmol/L |
| Potassium Lvl | | - | 4.5$^{RI}$ | - | - | [3.5-5.1] | mmol/L |
| Chloride Lvl | | - | 103$^{RI}$ | - | - | [98-107] | mmol/L |
| CO2 | | - | 27$^{RI}$ | - | - | [22-30] | mmol/L |
| BUN | | - | 18$^{RI}$ | - | - | [9-20] | mg/dL |
| Creatinine Lvl | | - | 1.0$^{RI}$ | - | - | [0.7-1.3] | mg/dL |
| Calcium Lvl | | - | 9.6$^{RI}$ | - | - | [8.4-10.2] | mg/dL |
| GFR AA | | - | >60$^{RI}$ | - | - | | mL/min/1.73m2 |
| GFR Non AA | | - | >60$^{RI}$ | - | - | | mL/min/1.73m2 |
| Estimated Creatinine Clearance | | - | - | 117.85$^{f4}$ | 117.85$^{f5}$ | | |
| AGAP | | - | 11.0$^{RI}$ | - | - | [5.0-15.0] | mEq/L |
| Glucose Random | | - | 209$^{HRI}$ | - | - | [74-99] | mg/dL |
| Hgb A1c | | - | 8.6$^{H*RI}$ | - | - | [<=6.0] | % |
| Est Avg Glucose | | - | 200$^{RI}$ | - | - | | |
| Glucose POC | | 217$^{H}$ | - | - | - | [74-99] | mg/dL |

Result Comments
f4:     Estimated Creatinine Clearance
The estimated creatinine clearance 117.85, was calculated using the following values;

Creatinine Lvl = 1.0 mg/dL, as of March 23, 2017 07:44:00 EDT

Weight Measured = 139.1 Kg, as of March 22, 2017 16:01:00 EDT

Height/Length Measured = 190 cm, as of March 22, 2017 16:01:00 EDT
f5:     Estimated Creatinine Clearance
The estimated creatinine clearance 117.85, was calculated using the following values;

Creatinine Lvl = 1.0 mg/dL, as of March 23, 2017 07:44:00 EDT

Weight Measured = 139.1 Kg, as of March 23, 2017 10:48:00 EDT

| | | |
|---|---|---|
| Printed By: Wilson,Jean | Page 39 of 52 | Chart ID:   167692651 |
| | | Print Date/Time:  1/9/2020 08:29 EST |

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | |
|---|---|---|---|
| MRN: | 100937573 | FIN: | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 |

## Chemistry

@=abnormal | C=critical | L=low | H=high | #=corrected | f=result comment | *=interp. data | O=order comment | R=ref. lab | T=text result

### Routine Chemistry

Result Comments
15:    Estimated Creatinine Clearance

Height/Length Measured = 190 cm, as of March 23, 2017 10:48:00 EDT

| Collected Date | 3/23/2017 | 3/23/2017 | 3/23/2017 | 3/24/2017 | | |
|---|---|---|---|---|---|---|
| Collected Time | 11:55 EDT | 16:58 EDT | 20:51 EDT | 05:42 EDT | | |
| Procedure | | | | | Reference Range | Units |
| Glucose POC | 214 H | 261 H | 269 H | 225 H | [74-99] | mg/dL |

| Collected Date | 3/24/2017 | | |
|---|---|---|---|
| Collected Time | 11:03 EDT | | |
| Procedure | | Reference Range | Units |
| Glucose POC | 249 H | [74-99] | mg/dL |

Interpretive Data
*1:    Hgb A1c

### Hgb A1c REFERENCE RANGES

| | |
|---|---|
| Non-Diabetic Range | <6.0% |
| ADA Therapeutic Target | 6.0-7.0% |
| Action Suggested | >7.0% |

## Chemistry

@=abnormal | C=critical | L=low | H=high | #=corrected | f=result comment | *=interp. data | O=order comment | R=ref. lab | T=text result

### Routine Chemistry

| Collected Date | 3/24/2017 | 3/24/2017 | 3/23/2017 | 3/23/2017 | | |
|---|---|---|---|---|---|---|
| Collected Time | 11:03 EDT | 05:42 EDT | 20:51 EDT | 16:58 EDT | | |
| Procedure | | | | | Reference Range | Units |
| Glucose POC | 249 H | 225 H | 269 H | 261 H | [74-99] | mg/dL |

| Collected Date | 3/23/2017 | 3/23/2017 | 3/23/2017 | 3/23/2017 | | |
|---|---|---|---|---|---|---|
| Collected Time | 11:55 EDT | 10:54 EDT | 08:28 EDT | 07:44 EDT | | |
| Procedure | | | | | Reference Range | Units |
| Sodium Lvl | - | - | - | 141 RI | [137-145] | mmol/L |
| Potassium Lvl | - | - | - | 4.5 RI | [3.5-5.1] | mmol/L |

---

| | | | |
|---|---|---|---|
| Printed By: Wilson, Jean | Page 40 of 52 | Chart ID: | 167692651 |
| | | Print Date/Time: | 1/9/2020 08:29 EST |

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | |
|---|---|---|---|
| MRN: | 100937573 | FIN: | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male   10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 |

## Chemistry

@=abnormal | C=critical | L=low | H=high | #=corrected | f=result comment | *=interp. data | O=order comment | R=ref. lab | T=text result

### Routine Chemistry

| Procedure | Collected Date 3/23/2017 Collected Time 11:55 EDT | 3/23/2017 10:54 EDT | 3/23/2017 08:28 EDT | 3/23/2017 07:44 EDT | Reference Range | Units |
|---|---|---|---|---|---|---|
| Chloride Lvl | - | - | - | 103 RI | [98-107] | mmol/L |
| CO2 | - | - | - | 27 RI | [22-30] | mmol/L |
| BUN | - | - | - | 18 RI | [9-20] | mg/dL |
| Creatinine Lvl | - | - | - | 1.0 RI | [0.7-1.3] | mg/dL |
| Calcium Lvl | - | - | - | 9.6 RI | [8.4-10.2] | mg/dL |
| GFR AA | - | - | - | >60 RI | | mL/min/1.73m2 |
| GFR Non AA | - | - | - | >60 RI | | mL/min/1.73m2 |
| Estimated Creatinine Clearance | - | 117.85 f5 | 117.85 f4 | - | | |
| AGAP | - | - | - | 11.0 RI | [5.0-15.0] | mEq/L |
| Glucose Random | - | - | - | 209 H RI | [74-99] | mg/dL |
| Hgb A1c | - | - | - | 8.6 H RI | [<=6.0] | % |
| Est Avg Glucose | - | - | - | 200 RI | | mg/dL |
| Glucose POC | 214 H | - | - | - | [74-99] | mg/dL |

### Result Comments

f4:    Estimated Creatinine Clearance
The estimated creatinine clearance 117.85, was calculated using the following values;

Creatinine Lvl = 1.0 mg/dL, as of March 23, 2017 07:44:00 EDT

Weight Measured = 139.1 Kg, as of March 22, 2017 16:01:00 EDT

Height/Length Measured = 190 cm, as of March 22, 2017 16:01:00 EDT

f5:    Estimated Creatinine Clearance
The estimated creatinine clearance 117.85, was calculated using the following values;

Creatinine Lvl = 1.0 mg/dL, as of March 23, 2017 07:44:00 EDT

Weight Measured = 139.1 Kg, as of March 23, 2017 10:48:00 EDT

Height/Length Measured = 190 cm, as of March 23, 2017 10:48:00 EDT

| Procedure | Collected Date 3/23/2017 Collected Time 08:28 EDT | 3/22/2017 20:41 EDT | 3/22/2017 17:30 EDT | 3/22/2017 16:11 EDT | Reference Range | Units |
|---|---|---|---|---|---|---|
| Estimated Creatinine Clearance | - | - | - | 117.85 f5 | | |
| Glucose POC | 217 H | 290 H | 165 H | - | [74-99] | mg/dL |

| | | | |
|---|---|---|---|
| Printed By:  Wilson,Jean | Page 41 of 52 | Chart ID: | 167692651 |
| | | Print Date/Time: | 1/9/2020 08:29 EST |

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | |
|---|---|---|---|
| MRN: | 100937573 | FIN: | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male    10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 |

## Chemistry

@=abnormal | C=critical | L=low | H=high | #=corrected | f=result comment | *=interp. data | O=order comment | R=ref. lab | T=text result

### Routine Chemistry

Result Comments
f3:     Estimated Creatinine Clearance
       The estimated creatinine clearance 117.85, was calculated using the following values;

       Creatinine Lvl = 1.0 mg/dL, as of March 22, 2017 09:27:00 EDT

       Weight Measured = 139.1 Kg, as of March 22, 2017 16:01:00 EDT

       Height/Length Measured = 190 cm, as of March 22, 2017 16:01:00 EDT

| Procedure | Collected Date 3/22/2017 Collected Time 16:04 EDT | 3/22/2017 14:27 EDT | 3/22/2017 10:37 EDT | 3/22/2017 10:07 EDT | Reference Range | Units |
|---|---|---|---|---|---|---|
| Estimated Creatinine Clearance | 117.85 f3 | 113.81 f2 | 113.81 f1 | - | | |
| Glucose POC | - | - | - | 159 H | [74-99] | mg/dL |

Result Comments
f1:     Estimated Creatinine Clearance
       The estimated creatinine clearance 113.81, was calculated using the following values;

       Creatinine Lvl = 1.0 mg/dL, as of March 22, 2017 09:27:00 EDT

       Weight Measured = 130 Kg, as of March 22, 2017 08:28:00 EDT

       Height/Length Measured = 190 cm, as of March 22, 2017 08:28:00 EDT
f2:     Estimated Creatinine Clearance
       The estimated creatinine clearance 113.81, was calculated using the following values;

       Creatinine Lvl = 1.0 mg/dL, as of March 22, 2017 09:27:00 EDT

       Weight Measured = 130 Kg, as of March 22, 2017 09:04:00 EDT

       Height/Length Measured = 190 cm, as of March 22, 2017 09:04:00 EDT
f3:     Estimated Creatinine Clearance
       The estimated creatinine clearance 117.85, was calculated using the following values;

       Creatinine Lvl = 1.0 mg/dL, as of March 22, 2017 09:27:00 EDT

       Weight Measured = 139.1 Kg, as of March 22, 2017 16:01:00 EDT

       Height/Length Measured = 190 cm, as of March 22, 2017 16:01:00 EDT

| | | | |
|---|---|---|---|
| Printed By: Wilson,Jean | Page 42 of 52 | Chart ID: | 167692651 |
| | | Print Date/Time: | 1/9/2020 08:29 EST |

100

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 100937573 | FIN: | | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 | |

## Chemistry

@=abnormal | C=critical | L=low | H=high | #=corrected | f=result comment | *=interp. data | O=order comment | R=ref. lab | T=text result

### Routine Chemistry

| Procedure | Collected Date 3/22/2017 Collected Time 09:27 EDT | Reference Range | Units |
|---|---|---|---|
| Sodium Lvl | 142 RI | [137-145] | mmol/L |
| Potassium Lvl | 4.6 RI | [3.5-5.1] | mmol/L |
| Chloride Lvl | 105 RI | [98-107] | mmol/L |
| CO2 | 25 RI | [22-30] | mmol/L |
| BUN | 18 RI | [9-20] | mg/dL |
| Creatinine Lvl | 1.0 RI | [0.7-1.3] | mg/dL |
| Calcium Lvl | 9.8 RI | [8.4-10.2] | mg/dL |
| GFR AA | >60 RI | | mL/min/1.73m2 |
| GFR Non AA | >60 RI | | mL/min/1.73m2 |
| AGAP | 12.0 RI | [5.0-15.0] | mEq/L |
| Glucose Random | 169 H RI | [74-99] | mg/dL |

Interpretive Data
*1:    Hgb A1c

**Hgb A1c REFERENCE RANGES**

| | |
|---|---|
| Non-Diabetic Range | <6.0% |
| ADA Therapeutic Target | 6.0-7.0% |
| Action Suggested | >7.0% |

## Hematology

@=abnormal | C=critical | L=low | H=high | #=corrected | f=result comment | *=interp. data | O=order comment | R=ref. lab | T=text result

| Procedure | Collected Date 3/23/2017 Collected Time 07:44 EDT | 3/22/2017 09:27 EDT | Reference Range | Units |
|---|---|---|---|---|
| WBC | 11.8 H RI | 7.4 RI | [4.0-11.0] | x10^3/mcL |
| RBC | 5.40 RI | 5.47 RI | [4.70-6.10] | x10^6/mcL |
| Hgb | 15.2 RI | 15.5 RI | [14.0-18.0] | gm/dL |
| Hct | 44.7 RI | 45.7 RI | [39.0-53.0] | % |
| RDW | 13.7 RI | 13.8 RI | [<=16.0] | % |
| MCH | 28.1 RI | 28.3 RI | [25.0-35.0] | pg |
| MCHC | 34.0 RI | 33.9 RI | [31.0-37.0] | gm/dL |
| MCV | 82.8 RI | 83.5 RI | [80.0-99.0] | fL |
| MPV | 10.5 H RI | 10.8 H RI | [7.4-10.4] | fL |
| Platelet | 167 RI | 171 RI | [140-450] | x10^3/mcL |

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 100937573 | FIN: | | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 | |

## Hematology

@=abnormal | C=critical | L=low | H=high | #=corrected | f=result comment | *=interp. data | O=order comment | R=ref. lab | T=text result

| Collected Date | 3/23/2017 | 3/22/2017 | | |
|---|---|---|---|---|
| Collected Time | 07:44 EDT | 09:27 EDT | | |
| Procedure | | | Reference Range | Units |
| Neutro Auto | 86.6 HRI | 63.2 RI | [44.0-79.0] | % |
| Lymph Auto | 8.9 LRI | 23.0 RI | [22.0-44.0] | % |
| Mono Auto | 3.7 RI | 9.2 RI | [1.9-11.4] | % |
| Eos Auto | 0.0 RI | 3.7 HRI | [0.0-3.0] | % |
| Basophil Auto | 0.1 RI | 0.4 RI | [0.0-1.0] | % |
| Neutro Absolute | 10.2 HRI | 4.6 RI | [1.7-8.4] | x10^3/mcL |
| Lymph Absolute | 1.0 RI | 1.7 RI | [0.4-4.2] | x10^3/mcL |
| Mono Absolute | 0.4 RI | 0.7 RI | [0.0-1.2] | x10^3/mcL |
| Eos Absolute | 0.0 RI | 0.3 RI | [0.0-0.6] | x10^3/mcL |
| Baso Absolute | 0.0 RI | 0.0 RI | [0.0-0.1] | x10^3/mcL |

## Hematology

@=abnormal | C=critical | L=low | H=high | #=corrected | f=result comment | *=interp. data | O=order comment | R=ref. lab | T=text result

| Collected Date | 3/23/2017 | 3/22/2017 | | |
|---|---|---|---|---|
| Collected Time | 07:44 EDT | 09:27 EDT | | |
| Procedure | | | Reference Range | Units |
| WBC | 11.8 HRI | 7.4 RI | [4.0-11.0] | x10^3/mcL |
| RBC | 5.40 RI | 5.47 RI | [4.70-6.10] | x10^6/mcL |
| Hgb | 15.2 RI | 15.5 RI | [14.0-18.0] | gm/dL |
| Hct | 44.7 RI | 45.7 RI | [39.0-53.0] | % |
| RDW | 13.7 RI | 13.8 RI | [<=16.0] | % |
| MCH | 28.1 RI | 28.3 RI | [25.0-35.0] | pg |
| MCHC | 34.0 RI | 33.9 RI | [31.0-37.0] | gm/dL |
| MCV | 82.8 RI | 83.5 RI | [80.0-99.0] | fL |
| MPV | 10.5 HRI | 10.8 HRI | [7.4-10.4] | fL |
| Platelet | 167 RI | 171 RI | [140-450] | x10^3/mcL |
| Neutro Auto | 86.6 HRI | 63.2 RI | [44.0-79.0] | % |
| Lymph Auto | 8.9 LRI | 23.0 RI | [22.0-44.0] | % |
| Mono Auto | 3.7 RI | 9.2 RI | [1.9-11.4] | % |
| Eos Auto | 0.0 RI | 3.7 HRI | [0.0-3.0] | % |
| Basophil Auto | 0.1 RI | 0.4 RI | [0.0-1.0] | % |
| Neutro Absolute | 10.2 HRI | 4.6 RI | [1.7-8.4] | x10^3/mcL |
| Lymph Absolute | 1.0 RI | 1.7 RI | [0.4-4.2] | x10^3/mcL |
| Mono Absolute | 0.4 RI | 0.7 RI | [0.0-1.2] | x10^3/mcL |
| Eos Absolute | 0.0 RI | 0.3 RI | [0.0-0.6] | x10^3/mcL |
| Baso Absolute | 0.0 RI | 0.0 RI | [0.0-0.1] | x10^3/mcL |

---

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | |
|---|---|---|---|
| MRN: | 100937573 | FIN: | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male    10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 |

## Send Out Tests

@=abnormal | C=critical | L=low | H=high | #=corrected | f=result comment | *=interp. data | O=order comment | R=ref. lab | T=text result

| Collected Date | 3/23/2017 | | |
|---|---|---|---|
| **Collected Time** | **15:13 EDT** | | |
| **Procedure** | | **Reference Range** | **Units** |
| Add On Procedure | Processed R1 | | |

## Send Out Tests

@=abnormal | C=critical | L=low | H=high | #=corrected | f=result comment | *=interp. data | O=order comment | R=ref. lab | T=text result

| Collected Date | 3/23/2017 | | |
|---|---|---|---|
| **Collected Time** | **15:13 EDT** | | |
| **Procedure** | | **Reference Range** | **Units** |
| Add On Procedure | Processed R1 | | |

## Computed Tomography

| ACCESSION | EXAM DATE/TIME | EXAM | ORDERING PROVIDER |
|---|---|---|---|
| | 3/22/2017 09:43 EDT | CT Head or Brain w/o Contrast | Modi M.D,Prachi M |

**CT Head or Brain w/o Contrast**
CT BRAIN, UNENHANCED

HISTORY: Left-sided weakness x 1 month.

TECHNIQUE: Routine unenhanced axial CT of the brain.

Total Exam DLP (mGy-cm): 570.8

COMPARISON: None.

FINDINGS: There is no acute intracranial hemorrhage, extracerebral fluid
collection, midline shift, or mass effect. No CT evidence of acute transcortical
infarction. Mild cerebral white matter hypoattenuation is nonspecific but likely
mild sequela of chronic small vessel ischemia in a patient of this age.  Mild
central parenchymal volume loss is seen. There is intracranial vascular
calcification.

---

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | | |
|---|---|---|---|---|---|
| MRN: | 100937573 | | FIN: | | 35053047 |
| Patient: | POTTS, CORNELIUS D | | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | | Discharge Date: | 3/24/2017 | |

## Computed Tomography

**CT Head or Brain w/o Contrast**

Visualized paranasal sinuses are essentially clear.    No suspicious calvarial
lesions.

IMPRESSION:

No acute intracranial hemorrhage or transcortical infarction. MRI is more
sensitive for acute ischemia.

Mild probable sequela of chronic small vessel ischemia and volume loss.

Exam Complete Date and Time 3/22/2017 9:43 AM , Report Signed Date And Time
3/22/2017 9:47 AM.

## Diagnostic Radiology

| ACCESSION | EXAM DATE/TIME | EXAM | ORDERING PROVIDER |
|---|---|---|---|
| | 3/22/2017 09:58 EDT | GD Chest 2 Views | Modi MD,Prachi M |

**GD Chest 2 Views**
CLINICAL INFORMATION: left sided weakness x 1 month

COMPARISON: Chest x-ray of 6/15/2015

TECHNIQUE/PROCEDURE: GD CHEST FRONTAL / LATERAL

FINDINGS:

LUNGS AND PLEURAL SPACES: The lungs are clear. There is no pleural effusion or
pneumothorax. Trachea is midline. The pulmonary vasculature is normal.

CARDIOVASCULAR AND MEDIASTINUM: Cardiomediastinal silhouette is within normal
limits.

UPPER ABDOMEN AND OSSEOUS STRUCTURES: Unremarkable

IMPRESSION: No active disease.

---

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 100937573 | FIN: | | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 | |

## Diagnostic Radiology

**GD Chest 2 Views**

Exam Complete Date and Time 3/22/2017 9:58 AM , Report Signed Date
And Time
3/22/2017 10:02 AM.

## Magnetic Resonance Imaging

| ACCESSION | EXAM DATE/TIME | EXAM | ORDERING PROVIDER |
|---|---|---|---|
| | 3/22/2017 12:11 EDT | MRI Brain/ Cervical Spine w/o | Modi MD,Prachi M |
| | | Contrast | |

**MRI Brain/ Cervical Spine w/o Contrast**
MR BRAIN/CERVICAL SPINE WITHOUT CONTRAST:

HISTORY: left sided weakness and altered sensation x 1 month.

TECHNIQUE:

MRI of the brain was obtained at 3 Tesla with the following
sequences: Axial
T2-weighted, sagittal 3-D T1-weighted and FLAIR with axial and coronal
reformatted images, axial GRE, axial diffusion-weighted, and axial
3-D SWI.

MRI of the cervical spine was obtained with the following sequences:
Sagittal
T1-weighted, sagittal T2-weighted, sagittal T2-weighted fat
suppressed, axial
T2-weighted, and axial GRE.

No intravenous contrast.

COMPARISON: CT brain done on 3/22/2017.

FINDINGS:

Brain: There is focal encephalomalacia in the left posterior inferior
temporal
lobe, may be sequela of prior ischemia or trauma. A few scattered
foci of T2
prolongation is seen in the cerebral white matter, nonspecific, but
may
represent mild sequela of chronic small vessel ischemia in a patient

---

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | |
|---|---|---|---|
| MRN: | 100937573 | FIN: | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 |

## Magnetic Resonance Imaging

**MRI Brain/ Cervical Spine w/o Contrast**
of this
age. There are bilateral small medial middle cranial fossa arachnoid
cysts,
right larger than left. There is no acute intracranial hemorrhage,
extracerebral
fluid collection, midline shift or mass effect. No acute infarction.
No
abnormal susceptibility.  Mild cerebral and cerebellar parenchymal
volume loss
is seen.

Mild mucosal thickening is seen in the ethmoid air cells.  No
suspicious marrow
signal.

Cervical spine: There is straightening of the cervical lordosis.
Minimal
retrolisthesis of C3 on C4 is seen, likely degenerative. Vertebral
body heights
are preserved. No suspicious marrow signal. Cervicomedullary junction
is normal
in appearance. There is focal cord signal abnormality at C4-5
compatible with
compressive myelopathy. Multilevel disc desiccation is seen, with
moderate to
severe disc space narrowing at C3-4 through C6-7 levels. Endplate
edema is seen
at C4-5, likely degenerative.

C2-3: Posterior disc osteophyte complex and ligamentum flavum
thickening.
Moderate spinal canal stenosis. Uncovertebral and facet arthrosis are
seen with
moderate left greater than right neural foraminal narrowing.

C3-4: Posterior disc osteophyte complex abutting the ventral cord.
Mild
ligamentum flavum thickening. Moderate spinal canal stenosis.
Uncovertebral and
facet arthrosis are seen with moderate to severe right greater than
left neural
foraminal narrowing.

C4-5: Posterior disc osteophyte complex eccentric to the left.

---

| | | |
|---|---|---|
| Printed By: Wilson,Jean | Page 48 of 52 | Chart ID: 167692651 |
| | | Print Date/Time: 1/9/2020 08:29 EST |

106

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 100937573 | FIN: | | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 | |

## Magnetic Resonance Imaging

**MRI Brain/ Cervical Spine w/o Contrast**

Ligamentum flavum
thickening. Severe spinal canal stenosis with abnormal signal within the cord
compatible with compressive myelopathy. Uncovertebral and facet arthrosis are
seen with severe right greater than left neural foraminal narrowing.

C5-6: Posterior disc osteophyte complex and ligamentum flavum thickening.
Moderate to severe spinal canal stenosis. Uncovertebral and facet arthrosis are
seen with moderate to severe left greater than right neural foraminal narrowing.

C6-7: Posterior disc osteophyte complex and ligamentum flavum thickening. Mild
to moderate spinal canal stenosis. Uncovertebral and facet arthrosis are seen
with moderate to severe right and moderate left neural foraminal narrowing.

C7-T1: Posterior disc osteophyte complex eccentric to the right. Mild spinal
canal stenosis. Uncovertebral and facet arthrosis are seen with moderate right
and mild left neural foraminal narrowing.

Visualized paraspinal soft tissue is unremarkable.

IMPRESSION:

No acute intracranial abnormality. Focal left posterior inferior temporal
encephalomalacia, may be sequela of prior ischemia or trauma. Mild probable
sequela of chronic small vessel ischemia and volume loss.

Advanced multilevel spondylosis of the cervical spine as described above, with
severe spinal canal stenosis at C4-5 and associated abnormal cord signal at this
level compatible with compressive myelopathy. Moderate spinal canal stenosis at
C2-C3, C3-4, and moderate to severe spinal canal stenosis at C5-6.

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 100937573 | FIN: | | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male | 10/29/1956 |
| Admission Date: | 3/22/2017 | Discharge Date: | 3/24/2017 | |

## Magnetic Resonance Imaging

**MRI Brain/ Cervical Spine w/o Contrast**

Multilevel neural foraminal narrowing, moderate left greater than right at C2-3,
moderate to severe right greater than left at C3-4, severe right greater than
left at C4-5, moderate to severe left greater than right at C5-6, moderate to
severe right and moderate left at C6-7, and moderate on the right at
C7-T1.

Exam Complete Date and Time 3/22/2017 12:11 PM , Report Signed Date And Time
3/22/2017 12:44 PM.

## AP

| | | | |
|---|---|---|---|
| COLLECTED DATE/TIME: | 8/6/2015 09:32 EDT | ACCESSION: | |
| RECEIVED DATE/TIME: | 8/6/2015 10:17 EDT | MF-15-0000286 | |

**Diagnosis**
Right renal mass, fine needle aspiration:
-- Abundant granular and amorphous debris suggestive of hemorrhagic cyst contents.
-- No cyst lining epithelium included in this aspirate.
-- This aspirate is best considered nondiagnostic.

*PATRICIA M PEROSIO, MD*
*(Electronic signature)*
*Verified: 08/10/2015 11:26 EDT*

**Clinical Information**
Relevant Clinical Information: renal mass
Type of Procedure: FNA

**Source of Specimen**
Right Renal Mass

**Special Stains / Slides**
CYTO PREPARATIONS
Smears: Pap Stained 3
       Diff Quik 3
Cell Block H&E Slides 1

TOTAL ROUTINE SLIDES 7

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 100937573 | | FIN: | 35053047 |
| Patient: | POTTS, CORNELIUS D | | Sex/DOB: | Male    10/29/1956 |
| Admission Date: | 3/22/2017 | | Discharge Date: | 3/24/2017 |

## AP History

| | | |
|---|---|---|
| COLLECTED DATE/TIME: | 8/6/2015 09:32 EDT | ACCESSION: |
| RECEIVED DATE/TIME: | 8/6/2015 10:17 EDT | MF-15-0000286 |

**Diagnosis**
Right renal mass, fine needle aspiration:
-- Abundant granular and amorphous debris suggestive of hemorrhagic cyst contents.
-- No cyst lining epithelium included in this aspirate.
-- This aspirate is best considered nondiagnostic.

*PATRICIA M PEROSIO, MD*
*(Electronic signature)*
*Verified: 08/10/2015 11:26 EDT*

**Clinical Information**
Relevant Clinical Information: renal mass
Type of Procedure: FNA

**Source of Specimen**
Right Renal Mass

**Special Stains / Slides**
CYTO PREPARATIONS
Smears: Pap Stained 3
            Diff Quik 3
Cell Block H&E Slides 1

TOTAL ROUTINE SLIDES 7

## Non-Gyn Cytology Report.

| | | |
|---|---|---|
| COLLECTED DATE/TIME: | 8/6/2015 09:32 EDT | ACCESSION: |
| RECEIVED DATE/TIME: | 8/6/2015 10:17 EDT | MF-15-0000286 |

**Diagnosis**
Right renal mass, fine needle aspiration:
-- Abundant granular and amorphous debris suggestive of hemorrhagic cyst contents.
-- No cyst lining epithelium included in this aspirate.
-- This aspirate is best considered nondiagnostic.

*PATRICIA M PEROSIO, MD*
*(Electronic signature)*
*Verified: 08/10/2015 11:26 EDT*

---

| | | |
|---|---|---|
| Printed By: Wilson,Jean | Page 51 of 52 | Chart ID: 167692651 |
| | | Print Date/Time: 1/9/2020 08:29 EST |

109

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | |
|---|---|---|---|
| MRN: | 100937573 | FIN: | 35053047 |
| Patient: | POTTS, CORNELIUS D | Sex/DOB: | Male  10/29/1956 |
| Admission Date:  3/22/2017 | | Discharge Date:  3/24/2017 | |

## Non-Gyn Cytology Report

| | | |
|---|---|---|
| COLLECTED DATE/TIME: | 8/6/2015 09:32 EDT | ACCESSION: |
| RECEIVED DATE/TIME: | 8/6/2015 10:17 EDT | MF-15-0000286 |

**Source of Specimen**
Right Renal Mass

**Clinical Information**
Relevant Clinical Information: renal mass
Type of Procedure: FNA

**Gross Description**
From 3 passes: Prepared 3 air-dried, 3 fixed smears and needle flush in 10% Neutral Buffered Formalin for preparation of 1 cell block.

**Microscopic Description**
A fine needle aspiration of a right renal mass was performed under radiologic guidance. 3 air dried smears, 3 fixed smears, and one cell block are reviewed. This aspirate contains abundant granular and amorphous debris with background blood suggestive of degenerating hemorrhagic cyst contents. No epithelium is identified.

**Special Stains / Slides**
CYTO PREPARATIONS
Smears: Pap Stained 3
        Diff Quik 3
Cell Block H&E Slides 1

TOTAL ROUTINE SLIDES 7

**Tissue Code**
1

Performing Locations
R1:    This test was performed at:
       EMCM Laboratory, 559 West Germantown Pike, East Norriton, PA, 19403-   , (484) 622-1475

---

| | | |
|---|---|---|
| Printed By:  Wilson, Jean | Page 52 of 52 | Chart ID:  167692651 |
| | | Print Date/Time:  1/9/2020 08:29 EST |

110

# EXHIBIT "E"

United States District Court Eastern District of Pennsylvania          https://ecf.paed.uscourts.gov/cgi-bin/DktRpt.pl?11136153555191?

| Date Filed | # | Docket Text |
|---|---|---|
| 03/12/2019 | 1 | NOTICE OF REMOVAL by MEDICAL MANAGEMENT INTERNATIONAL, INC. from Common Pleas Montgomery County, case number 2019-02406. Certificate of Service. (Filing fee $ 400 receipt number 1939751)(jwl, ) (Main Document 1 replaced on 3/15/2019) (jwl, ). (Entered: 03/14/2019) |
| 03/27/2019 | 2 | ORDERED THAT THE PROTHONOTARY OF THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PA, MAY SUBMIT THE AFORESAID RECORDS TO THE CLERK OF THIS COURT IN ELECTRONIC FORMAT, SO THAT THEY CAN BE FILED IN THE ABOVE-CAPTIONED MATTER. SIGNED BY HONORABLE WENDY BEETLESTONE ON 3/27/2019. 3/28/2019 ENTERED AND COPIES MAILED TO UNREPS AND E-MAILED.(tg, ) (Entered: 03/28/2019) |
| 04/03/2019 | 3 | Original Record together with certified copy of docket entries received from Court of Common Pleas of Montgomery County. (Attachments: # 1 PART 2, # 2 PART 3, # 3 PART 4, # 4 PART 5, # 5 PART 6, # 6 PART 7, # 7 PART 8, # 8 PART 9, # 9 PART 10, # 10 PART 11, # 11 PART 12, # 12 PART 13, # 13 PART 14)(tg, ) (Entered: 04/03/2019) |
| 05/17/2019 | 4 | ANSWER to Complaint WITH AFFIRMATIVE DEFENSES by BANFIELD PET HOSPITAL, MEDICAL MANAGEMENT INTERNATIONAL, INC., PETSMART, INC..(WICKERSHAM, RICHARD) (Entered: 05/17/2019) |
| 05/22/2019 | 5 | NOTICE OF CONFERENCE: PRETRIAL CONFERENCE SET FOR 6/27/2019 05:00 PM IN JUDGE'S CHAMBERS BEFORE HONORABLE WENDY BEETLESTONE. (Attachments: # 1 Electronic Discovery Order, # 2 Joint Report and Discovery Plan)(amw, ) (Entered: 05/22/2019) |
| 06/27/2019 | 6 | PAPERLESS ORDER REFERRING CASE TO ARBITRATION AND CANCELLING THE PRELIMINARY PRETRIAL CONFERENCE SET FOR 06/27/2019 AT 5:00 PM IN CHAMBERS. SIGNED BY HONORABLE WENDY BEETLESTONE ON 06/27/2019. 06/27/2019 ENTERED AND E-MAILED. (mima, ) (Entered: 06/27/2019) |
| 07/02/2019 | 7 | NOTICE of Hearing: ARBITRATION HEARING SET FOR 10/30/2019 09:30 AM IN Philadelphia.(jwl, ) Modified on 7/12/2019 (jwl, ). (Main Document 7 replaced on 7/12/2019) (jwl, ). (Entered: 07/02/2019) |
| 07/11/2019 | 8 | ORDER REFERRING CASE TO ARBITRATION AND APPOINTING WILLIAM HERBERT HOWARD, STANLEY J. ELLENBERG, AND SCOTT M. WILHELM AS ARBITRATORS. SIGNED BY HONORABLE WENDY BEETLESTONE ON 7/11/19. 7/11/19 ENTERED AND COPIES E-MAILED.(jwl, ) (Entered: 07/11/2019) |
| 09/18/2019 | 9 | MOTION to Compel Plaintiffs' Discovery Responses filed by BANFIELD PET HOSPITAL, MEDICAL MANAGEMENT INTERNATIONAL, INC., PETSMART, INC..Memorandum of Law, Certificate of Good Faith, Certificate of Service. (Attachments: # 1 Exhibit)(PERRY, MARC) (Entered: 09/18/2019) |
| 09/23/2019 | 10 | PAPERLESS ORDER DENYING 9 MOTION TO COMPEL BY HONORABLE WENDY BEETLESTONE ON 09/23/2019. IT IS FURTHER ORDERED THAT A CONFERENCE CALL IS SCHEDULED TO TAKE PLACE ON THURSDAY, SEPTEMBER 26, 2019 AT 2:30 PM. COUNSEL FOR DEFENDANTS SHALL INITIATE THE CALL AND ONCE ALL PARTIES ARE ON THE LINE CALL IN THE CHAMBERS AT 267-299-7450 TO CONNECT THE JUDGE. THANK YOU.09/23/2019 ENTERED AND COPIES E-MAILED.(amw, ) (Entered: 09/23/2019) |
| 09/26/2019 | 11 | Minute Entry for proceedings held before HONORABLE WENDY BEETLESTONE Conference Call held on 09/26/2019 (nd, ) (Entered: 09/27/2019) |
| 10/17/2019 | 12 | ORDERED THAT THE PARTIES' LETTER REQUEST BY WAY OF STIPULATION TO RESCHEDULE THE ARBITRATION IS DENIED. SIGNED BY HONORABLE WENDY BEETLESTONE ON 10/16/2019. 10/18/2019 ENTERED AND COPIES E-MAILED.(tg, ) (VACATE PER #13) (Entered: 10/18/2019) |
| 10/22/2019 | 13 | ORDER THAT THE CLERK OF COURT SHALL VACATE THIS COURT'S ORDER (ECF #12) DATED 10/17/19. THE PARTIES ARE GRANTED A SIXTY DAY ARBITRATION CONTINUANCE, ETC.. SIGNED BY HONORABLE WENDY BEETLESTONE ON 10/21/19. 10/23/19 ENTERED AND E-MAILED, COPY TO ARB CLERK.(jl, ) (Entered: 10/23/2019) |
| 10/23/2019 | 14 | NOTICE of Hearing: ARBITRATION HEARING RESCHEDULED FOR 12/18/2019 09:30 AM IN Philadelphia (kp, ) (Entered: 10/23/2019) |
| 11/19/2019 | 15 | ORDER THAT WILLIAM HOWARD, STANLEY ELLENBERG AND SCOTT WILHELM ARE DISMISSED, AND PATRICK MURPHY, JEROME KLINE, AND DANIEL WOOSTER ARE APPOINTED AS ARBITRATORS ON 12/18/2019. SIGNED BY HONORABLE WENDY BEETLESTONE ON 11/18/2019. 11/19/2019 ENTERED AND COPIES E-MAILED.(kp, ) (Entered: 11/19/2019) |
| 12/17/2019 | 16 | NOTICE of Withdrawal of Appearance by RICHARD B. WICKERSHAM, JR on behalf of All Defendants (WICKERSHAM, RICHARD) (Entered: 12/17/2019) |
| 12/18/2019 | 17 | ARBITRATION AWARD. ENTERED AND COPIES E-MAILED.(kp, ) (Entered: 12/18/2019) |
| 01/13/2020 | 18 | Appeal from Arbitration Award by BANFIELD PET HOSPITAL, MEDICAL MANAGEMENT INTERNATIONAL, INC., PETSMART, INC. Certificate of Service. (PERRY, MARC) Modified on 1/13/2020 (lisad, ) (Entered: 01/13/2020) |